## SCHEDULE "A"
### BUTLER, III 02A-1439

The land situated in Milbridge, Washington County, Maine, with buildings thereon, bounded and described as follow, to wit:

<u>Lot #1 Northwesterly of the Tom Leighton Point Road:</u>

Bounded on the north by land of James and Mary Freeman and land of Mary Mitchell;

Bounded on the West by land of Inland Fish and Wildlife and land of James Smith et. al.;

Bounded on the south by land of Whitfield Trust and by land of Patricia Kozak and the Tom Leighton Road and land of Eleanor Chipman; and ,

Bounded on the east by the Tom Leighton Road.

<u>Lot #2. Southeasterly of the Tom Leighton Point Road:</u>

Bounded on the northeast by land of Mary Mitchell;

Bounded on the southeast by the waters of Turner Cove

Bounded on the south by property of Stuart and Mordina Roberts (1348/182);

Bounded on the northwest by the Tom Leighton Point Road.

This conveyance is made together with all of the grantors' right, title and interest in and to the shores and flats, between the sidelines of said lot, extended to the low water mark of Turner Cove, in accordance with laws of the State of Maine.

As affected by a partial discharge of mortgage dated March 11, 2016, and recorded in the Washington County Registry of Deeds in Book 4239, Page 174.



PLAINTIFF'S EXHIBIT A