Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095



2342532615

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 75265-0783

20190322-160

JOHN J BUTLER
2607 FOREST AVE STE 120
CHICO, CA 95928-4394




PLAINTIFF'S
EXHIBIT
H
tabbies



**cooper**

8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
ONLINE
www.mrcooper.com

03/22/2019

JOHN J BUTLER
2607 FOREST AVE STE 120
CHICO, CA 95928-4394

Loan Number:
Property Address:  WYMAN RD
MILBRIDGE, ME 04658

Dear JOHN J BUTLER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 08/01/2011 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **03/22/2019 the amount of the debt that must be paid to cure the default is $95,110.98, which includes the sum of payments that have come due on and after the date of default 08/01/2011,** any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---:|
| Next Payment Due Date: | | 08/01/2011 |
| Total Monthly Payments Due: | | $89,448.24 |
| Late Charges: | | $971.74 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $4,691.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$95,110.98** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and **Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**



ME_NOI
Page 1 of 5

2342532615

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$95,110.98** must be paid by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 04/01/2019 is still due on 04/01/2019 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$95,110.98** by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Justin Harmel
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. 9566715
8950 Cypress Waters Blvd.
Dallas, TX 75019



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St.<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy.<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6661 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St 5Th Floor<br>Portland, Maine 04101 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>P.O. Box 547<br>PORTLAND, Maine 04101-4205 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganjie@prosperityme.org<br>Website: prosperityme.org/ | 309 Cumberland Ave. Ste 205<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: cdaggett@acap-me.org<br>Website: www.acap-me.org | 771 Main St.<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |



234253261S

## Agencies located in MAINE

| | | |
|---|---|---|
| COMMUNITY. CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419.<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org .<br>Website: www.community-concepts.org. | 17 Market Sq.,<br>South Paris, Maine 04281-1533. |
| KENNEBEC VALLEY. COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water. St.,<br>Waterville, Maine 04901-6339. |

Nationstar Mortgage, LLC
P.O. Box 9095
Temecula, CA 92589-9095

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
March 22, 2019



List Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post office

Postmaster:
Name of receiving employee

Dated:

4

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|------|-----------|-----------------|------------------------------|---------|-----|
| 1 | �they | 2342532615 | JOHN J BUTLER<br>2607 FOREST AVE STE 120<br>CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 2 | ▬ | 2342532616 | JOHN J BUTLER<br>WYMAN RD<br>MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| 3 | ▬ | 2342532617 | SANDRA E BUTLER<br>2607 FOREST AVE STE 120<br>CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 4 | ▬ | 2342532618 | SANDRA E BUTLER<br>WYMAN RD<br>MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| | | | Totals | $2.60 | $1.64 |
| | | | Grand Total: | | $4.24 |



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 85034
4W
0000358669

$ 001.64⁰

MAR. 22 2019

Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095



2342532616

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Mr. Cooper
PO Box 660783
Dallas, TX 75265-0783

20190322-160

JOHN J BUTLER
WYMAN RD
MILBRIDGE, ME 04658



ME_NOI



## mr. cooper

CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

03/22/2019

JOHN J BUTLER
WYMAN RD
MILBRIDGE, ME 04658

Loan Number:  ▓▓▓▓▓▓▓
Property Address:   WYMAN RD
                    MILBRIDGE, ME 04658

Dear JOHN J BUTLER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 08/01/2011 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **03/22/2019 the amount of the debt that must be paid to cure the default is $95,110.98, which includes the sum of payments that have come due on and after the date of default 08/01/2011,** any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/01/2011 |
| Total Monthly Payments Due: | | $89,448.24 |
| Late Charges: | | $971.74 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $4,691.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$95,110.98** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s) and Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**



ME_NO1
Page 1 of 5

2342532616

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$95,110.98** must be paid by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 04/01/2019 is still due on 04/01/2019 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$95,110.98** by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Justin Harmel
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. 9566715
8950 Cypress Waters Blvd.
Dallas, TX 75019



# Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY, | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY, | Phone: 207-626-4670<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St.<br>Augusta, Maine 04330-6119 |
| PENQUIS COMMUNITY ACTION PROGRAM, | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy.<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6661 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877 340-2649,<br>E-mail: jason.thomas@ceimaine.org .<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: mdgetronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080,<br>Fax: 866-921-5129,<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St 5Th Floor<br>Portland, Maine 04101 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211,<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org .<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: cnwaganje@prosperityme.org<br>Website: prosperityme.org/ | 309 Cumberland Ave Ste 205<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: cdaggett@acap-me.org<br>Website: www.acap-me.org | 771 Main St.<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |



## Agencies located in MAINE

| | | |
|---|---|---|
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq.<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St.<br>Waterville, Maine 04901-6339 |

Nationstar Mortgage, LLC
P.O. Box 9095
Temecula, CA 92589-9095

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
March 22, 2019



*1098050*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|---|
| 4 | | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | ███ | 2342532615 | JOHN J BUTLER<br>2807 FOREST AVE STE 120<br>CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 2 | ███ | 2342532616 | JOHN J BUTLER<br>WYMAN RD<br>MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| 3 | ███ | 2342532617 | SANDRA E BUTLER<br>2807 FOREST AVE STE 120<br>CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 4 | ███ | 2342532618 | SANDRA E BUTLER<br>WYMAN RD<br>MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| | | | Totals | $2.60 | $1.64 |
| | | | Grand Total: | | $4.24 |

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 85034
02 4W
0000358669

$ 001.64⁰
MAR. 22 2019

Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 75265-0783

2342532617

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20190322-160

SANDRA E BUTLER
2607 FOREST AVE STE 120
CHICO, CA 95928-4394



ME_NOI



8950 Cypress Waters Blvd.
Dallas, TX 75019

03/22/2019

SANDRA E BUTLER
2607 FOREST AVE STE 120
CHICO, CA 95928-4394

Loan Number:
Property Address:    WYMAN RD
MILBRIDGE, ME 04658

Dear SANDRA E BUTLER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 08/01/2011 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **03/22/2019 the amount of the debt that must be paid to cure the default is $95,110.98, which includes the sum of payments that have come due on and after the date of default 08/01/2011**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/01/2011 |
| Total Monthly Payments Due: | | $89,448.24 |
| Late Charges: | | $971.74 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $4,691.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$95,110.98** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s) and Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**



ME_NOI
Page 1 of 5

234253261?

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$95,110.98** must be paid by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 04/01/2019 is still due on 04/01/2019 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$95,110.98** by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Justin Harmel
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. 9566715
8950 Cypress Waters Blvd.
Dallas, TX 75019



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St.<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org .<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4352 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy.<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6561 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org .<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780 3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St 5Th Floor<br>Portland, Maine 04101 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org .<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: cnwaganje@prosperityme.org<br>Website: prosperityme.org/ | 309 Cumberland Ave. Ste 205<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: cdaggsall@acap-me.org<br>Website: www.acap-me.org | 771 Main St.<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-499-2903<br>Fax: 207-490-5026<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |



Agencies located in MAINE

| | | |
|---|---|---|
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq.<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St.<br>Waterville, Maine 04991-6339 |

Nationstar Mortgage, LLC
P.O. Box 9095
Temecula, CA 92589-9095

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
March 22, 2019



*1098050*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 4 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | | 2342532615 | JOHN J BUTLER 2807 FOREST AVE STE 120 CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 2 | | 2342532616 | JOHN J BUTLER WYMAN RD MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| 3 | | 2342532617 | SANDRA E BUTLER 2807 FOREST AVE STE 120 CHICO, CA 95928-4394 | $0.650 | $0.41 |
| 4 | | 2342532618 | SANDRA E BUTLER WYMAN RD MILBRIDGE, ME 04658 | $0.650 | $0.41 |
| | | | Totals | $2.60 | $1.64 |
| | | | Grand Total: | | $4.24 |

U.S. POSTAGE >> PITNEY BOWES

ZIP 85034
4W
0000358669

$ 001.64⁰

MAR 22 2019

22
2019
85026-9671

Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095



2342532618

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 76266-0783

20190322-160

SANDRA E BUTLER
WYMAN RD
MILBRIDGE, ME 04658



ME_NOI



**mr. cooper**

8950 Cypress Waters Blvd.
Dallas, TX 75019

03/22/2019

SANDRA E BUTLER
WYMAN RD
MILBRIDGE, ME 04658

Loan Number: ██████
Property Address: WYMAN RD
MILBRIDGE, ME 04658

Dear SANDRA E BUTLER:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 08/01/2011 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **03/22/2019** the amount of the debt that must be paid to cure the default is **$95,110.98**, which includes the sum of payments that have come due on and after the date of default **08/01/2011**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 08/01/2011 |
| Total Monthly Payments Due: | | $89,448.24 |
| Late Charges: | | $971.74 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $4,691.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$95,110.98** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s) and Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.**
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
**If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.**



ME_NO1
Page 1 of 5

2342532618

mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$95,110.98** must be paid by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 04/01/2019 is still due on 04/01/2019 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$95,110.98** by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Justin Harmel
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. 9566715
8950 Cypress Waters Blvd.
Dallas, TX 75019



## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dhjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4655 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: dhjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water, St.<br>Augusta, Maine 04330-6119 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Pkwy.<br>Bath, Maine 04530-1515 |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org | 9 Field St Ste 201<br>Belfast, Maine 04915-6681 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: accounting@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780 3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 477 Congress St 5Th Floor<br>Portland, Maine 04101 |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: prosperityme.org/ | 309 Cumberland Ave Ste 205<br>Portland, Maine 04101-4982 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: cdaggett@acap-me.org<br>Website: www.acap-me.org | 771 Main St.<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5025<br>E-mail: Meaghan.Arzberger@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |



## Agencies located in MAINE

| | | |
|---|---|---|
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org | 17 Market Sq.<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St.<br>Waterville, Maine 04901-6359 |

Nationstar Mortgage, LLC
P.O. Box 9095
Temecula, CA  92589-9095

PS-form 3665
Type of Mailing:
CERTIFICATE OF MAILING
March 22, 2019


*1098050*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | | Postmaster: Name of receiving employee | | Dated: |
|---|---|---|---|---|---|
| 4 | | | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | | 2342532615 | JOHN J BUTLER 2607 FOREST AVE STE 120 CHICO, CA  95928-4394 | $0.650 | $0.41 |
| 2 | | 2342532616 | JOHN J BUTLER WYMAN RD MILBRIDGE, ME  04658 | $0.650 | $0.41 |
| 3 | | 2342532617 | SANDRA E BUTLER 2607 FOREST AVE STE 120 CHICO, CA  95928-4394 | $0.650 | $0.41 |
| 4 | | 2342532618 | SANDRA E BUTLER WYMAN RD MILBRIDGE, ME  04658 | $0.650 | $0.41 |
| | | | Totals | $2.60 | $1.64 |
| | | | Grand Total: | | $4.24 |

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 85034
4W
0000358669

$ 001.64⁰

MAR. 22  2019