Index No.: 1:19-cv-00218-JAW
Filed On: 5/14/2019

UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

**AFFIDAVIT OF SERVICE**

FEDERAL NATIONAL MORTGAGE ASSOCIATION

-against-

JOHN J. BUTLER III AND SANDRA E. BUTLER

---

STATE OF _CA_, COUNTY OF: _Shasta_ .: (Process Server): _Stephen Wilson_,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of _____.
That on _5/31/19_, at _4:47_ am/pm at 20739 2ND STREET, APT. B, COTTONWOOD, CA 96022 I served the
SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET bearing Index # 1:19-cv-00218-JAW and filed date 5/14/2019
upon JOHN J. BUTLER III.

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name) _____,
(capacity) _____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name) _Morgan Wheeler_
(relationship) _Co occupant_ who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[X] **DESCRIPTION**
Sex: _F_; Color: _W_; Hair: _Brown_; Approx. Age: _28_; Approx. Height: _5'8_; Approx. Weight: _120lbs_;
Other: _Blue Eyes_

[ ] **WITNESS FEE**
Deponent tendered to the recipient $ _____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on _6-3-19_



_____
Signature of Process Server

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER., SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 54716

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS705353)VM 944212>

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Shasta___ )

On ___6-3-19___ before me, ___Kimberly J Gunter___
(insert name and title of the officer)

personally appeared ___Stephen Wilson___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

KIMBERLY JO GUNTER
COMM. NO. 2131573
NOTARY PUBLIC - CALIFORNIA
SHASTA COUNTY
MY COMMISSION EXPIRES
OCTOBER 25, 2019

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 1:19-cv-00218-JAW
Filed On: 5/14/2019

FEDERAL NATIONAL MORTGAGE ASSOCIATION

-against-

**Affidavit of Service by Mail**

JOHN J. BUTLER III AND SANDRA E. BUTLER

---

STATE OF NEW YORK, COUNTY OF NASSAU: Victoria Mancilla, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 6/6/2019, your deponent mailed a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 20739 2ND STREET, APT. B, COTTONWOOD, CA 96022 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

JOHN J. BUTLER III

20739 2ND STREET
APT. B
COTTONWOOD, CA 96022

Sworn to before me on 6/6/2019:

DANIELLE MARTINEZ
Notary Public, State of New York
No. 01MA6185758
Qualified in SUFFOLK County
Commission Expires 4/21/2020

Victoria Mancilla

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2670
File No. 54716



RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS705353)VM 944212