## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:19-cv-00218-JAW** |
| **Plaintiff** | **WITHDRAWAL OF MOTION** |
| **vs.** | **RE:**<br>**Wyman Road, Milbridge, ME 04658** |
| **John J. Butler III and Sandra E. Butler** | **Mortgage:**<br>**November 27, 2002**<br>**Book 2948, Page 210** |
| **Defendants** | |

**NOW COMES** the Plaintiff, Federal National Mortgage Association, by and through undersigned counsel, and hereby moves to withdraw Plaintiff's Motion for Default Judgment, filed on January 9, 2020 under ECF No. 18, without prejudice.

Respectfully submitted this 24th day of July, 2020.

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 24th day of July, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

John J. Butler III
20739 2nd Street, Apt. B
Cottonwood, CA 96022

Sandra E. Butler
4780 Golden Sky Way, Unit 211
San Diego, CA 92154

Sandra E. Butler
10260 Camino Ruiz, Apt. 69
San Diego, CA 92126-3482