

# COMPARATIVE MARKET ANALYSIS

P.O. Box 250
Orange, CA 92856
Direct (714) 385-3500
E-Mail valuations@oldrepublictitle.com

Subject Visited: 02/08/2016

**Order Id**
**CURRENT TAXES:** 676.26
**CME Type** Exterior 5 day

| **Property Address** | **City, State, Zip, County** | **Loan Number** |
|---|---|---|
| WYMAN RD | MILBRIDGE, ME 04658 | |

| **Old Republic Contact** | **Broker Firm and Contact** | **Telephone #** |
|---|---|---|
| Nolasco, Richard | Schaefer, Cheryl | (207)949-9014 |

| Style | SqFt | # Rooms | # Units | Bed | Bath | Bsmt | Garage | Lot Size | Age | Vacant | Prop Type | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other | 0 | 0 | 0 | 0 | 0 | None | None Known | 25.00 Acres | NaN | X | Land Only | Good |

If Style is "Mobile Home", is it attached? ☐ Yes ☐ No
If condo or other association exists Fees $ 0.00  ☐ monthly ☒ annually  Current? ☒ Yes ☐ No  Fee Delinquent $ _____
The fee includes ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis  Other _____
Association contact: _____  Name: _____  Phone No: _____
Project Name: _____  Total number of Units: _____  Legal Action: No

**Property Description/Condition**  Mortgagor's Name: BUTLER III, JOHN
A 25 ACRE LOT IN TOWN AND CLOSE TO AMENITIES.

| Comparable Sales | Sale Date | SqFt | # Rms | Bed | Bath | Proximity | Bsmt | Garage | Lot Size | Age | DOM | LP@Sale | Sale $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 665 UNIONVILLE ROAD | 07/15/2015 | 0 | 0 | 0 | 0 | 7.17 | None | None Known | 27.93 Acres | NaN | 108 | 29,900.00 | 25,000.00 | Owner Occupant |
| 44 TIMOTHY WAY | 01/15/2016 | 0 | 0 | 0 | 0 | 45.6 | None | None Known | 25.00 Acres | NaN | 520 | 32,000.00 | 25,000.00 | Owner Occupant |
| 7 UNIONVILLE ROAD | 07/16/2015 | 0 | 0 | 0 | 0 | 8.80 | None | None Known | 19.00 Acres | NaN | 408 | 29,900.00 | 20,000.00 | Owner Occupant |

| | Condition | Location | Indicate if comparables are superior, inferior, or similar to subject. If Superior/Inferior, explain why |
|---|---|---|---|
| Comp 1 | Good | Similar | COMP IS SUPERIOR IN LOT SIZE AND LOCATION WITH 700' ON TUNK STREAM, WOODED PARCEL NEEDS WELL AND SEPTIC. |
| Comp 2 | Good | Similar | COMP IS INFERIOR IN LOCATION AND SIMILAR IN LOT SIZE. 25 ACRES CLOSE TO TOWN AND AMENITIES. WELL AND SEPTIC NEEDED. |
| Comp 3 | Good | Similar | COMP IS INFERIOR IN LOT SIZE. 19 ACRES WITH 4 ACRES OF BLUEBERRY FIELDS AND OVER 1400' OF PAVED PUBLIC ROAD FRONTAGE. NICE BUILDING LOT HIGH AND DRY. |

Indicate home most comparable to subject ☐ 1 ☒ 2 ☐ 3

| Comparable Listings | Style | SqFt | # Rms | Bed | Bath | Proximity | Bsmt | Garage | Lot Size | Age | DOM | Orig LP $ | Cur LP $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 POPLAR LANE | Other | 0 | 0 | 0 | 0 | 5.22 | None | None Known | 20.00 Acres | NaN | 127 | 25,000.00 | 25,000.00 | Owner Occupant |
| 520 INDIAN RIVER ROAD | Other | 0 | 0 | 0 | 0 | 13.40 | None | None Known | 25.00 Acres | NaN | 455 | 29,000.00 | 29,000.00 | Owner Occupant |
| 0 KANSAS ROAD | Other | 0 | 0 | 0 | 0 | 3.45 | None | None Known | 14.00 Acres | NaN | 619 | 30,000.00 | 28,000.00 | Owner Occupant |

| | Condition | Location | Indicate if comparables are superior, inferior, or similar to subject. If Superior/Inferior, explain why |
|---|---|---|---|
| Comp 1 | Good | Similar | COMP IS INFERIOR IN LOT SIZE AND SUPERIOR IWTH 500' ON MILL RIVER. LARGE WOODED PARCEL WITH SOME BLUEBERRY GROUNDS. |
| Comp 2 | Good | Similar | COMP IS INFERIOR IN LOCATION AND SIMILAR IN LOT SIZE. 25 WOODED ACRES I RURAL AREA |
| Comp 3 | Good | Similar | COMP IS INFERIOR IN LOT SIZE AND SIMILAR IN LOCATION. NICELY WOODED 14 ACRES CLOSE TO TOWN AND AMENITIES. |

Indicate home most comparable to subject     Indicate home(s) that were personally inspected
☐ 1 ☒ 2 ☐ 3                                  ☐ 1 ☐ 2 ☐ 3

Comments: CL1: BECAUSE THERE ARE NOT ENOUGH COMPS IN SUBJECT AREA SIMILAR IN LOT SIZE SO SEARCH WAS EXPANDED TO 12 MONTHS BACK AND ALL OF SUBJECT'S COUNTY FOR THE MOST SIMILAR COMPS IN LOT SIZE AND LOCATION. CL2: BECAUSE THERE ARE NOT ENOUGH COMPS IN SUBJECT AREA SIMILAR IN LOT SIZE SO SEARCH WAS EXPANDED TO 12 MONTHS BACK AND ALL OF SUBJECT'S COUNTY FOR THE MOST SIMILAR COMPS IN LOT SIZE AND LOCATION. CL3: BECAUSE THERE ARE NOT ENOUGH COMPS IN SUBJECT AREA SIMILAR IN LOT SIZE SO SEARCH WAS EXPANDED TO 12 MONTHS BACK AND ALL OF SUBJECT'S COUNTY FOR THE MOST SIMILAR COMPS IN LOT SIZE AND LOCATION.

* Please indicate owner type: REO (i.e. FNMA, HUD, VA..), Owner Occupant, Investor, Relo.

**Neighborhood Data**

| | Increasing | Stable | Decreasing |
|---|---|---|---|
| Housing Supply | ☐ | ☒ | ☐ |
| Property Values | ☐ | ☒ | ☐ |
| Number of Listings | ☐ | ☒ | ☐ |

Any new construction nearby: ☐ Yes ☒ No  Type ☐ Res. ☐ Com.
Price Range: 0.00  High: 0.00
Number of Houses in direct competition with subject: 3
Price Range: 25,000.00  High: 29,000.00

Number of listings in immediate area:
Average marketing time of comparable listings 400 Of comparable sales: 345
Describe any negative neighborhood factors that would detract from subject
THERE ARE NONE KNOWN AS PROPERTY IS CLOSE TO TOWN AND AMENITIES. QUAINT LITTLE FISHING VILLAGE TYPE AREA.

**EXHIBIT I**

© 2004 - 2016 Quandis, All Rights Reserved. http://www.quandis.com



# COMPARATIVE MARKET ANALYSIS

P.O. Box 250
Orange, CA 92856
Direct (714) 385-3500
E-Mail valuations@oldrepublictitle.com

Subject Visited: 02/08/2016

**Order Id**
**CURRENT TAXES:** 676.26
**CME Type** Exterior 5 day

| **Rental Market** | Lease Potential 0.00 |
|---|---|

**Market Value** Marketing time being defined as: from date of listing to date of contract: MARKET FOR AREA IS ABOUT 180 DAYS AND MARKET AREA IS STABLE AND IN GOOD CONDITION.

Are Repairs Needed? ☐ Yes ☒ No   If Yes, Estimated cost: 0.00   Estimated days to repair from: 0 to: 0

Subject As-Is-High 29,000.00   Subject As-Is-Low 20,900.00   Subject As-Is-Value 25,000.00   Subject Repaired 25,000.00

1. Occupancy: ☐ Owner ☐ Rental ☒ Vacant        Currently listed for sale: ☐ Yes ☒ No
If subject property is Vacant, is it SECURED? ☒ Yes ☐ No    How much: How Long:
                                                             Listing Agent:
                                                             Phone Number:

2. If fair or poor explain:
LAND 25 ACRE LOT IN GOOD CONDITION.

3. Area description: ☐ Urban ☐ Suburban ☒ Rural

4. Will Resale be a Problem? ☐ Yes ☒ No Comments:    NONE KNOWN

| **Broker's Signature** | **Telephone:** | **Date:** |
|---|---|---|
| Broker/Agent Signature on file. | 714-385-3500 | 02/10/2016 |
| **Broker Name** | **Broker License Number** | **License Expiration Date:** |
| Cheryl Schaefer | BA209987 | 01/26/2018 |
| **Broker Company Name and Address** | | |
| Century 21 Queen City, 778 Hudson Rd, Glenburn, ME 04401 | | |
| **CME is for:** | | |
| A third party making decisions or performing due diligence related to the potential listing, offering, sale, exchange, option, lease or acquisition price of a parcel of real property. | | |

This document is provided solely for the use of the customer who placed this order. This document is not an appraisal, is not intended as any guarantee of value and/or condition of the subject property, and should not be relied on as such. Old Republic's sole liability for any loss suffered by the customer as a result of customer's use of this report shall be to promptly refund the total fee paid by the customer for this report or to replace it at no charge, but in no event shall Old Republic be responsible for any other damages whatsoever including, but not limited to, special, exemplary, indirect or consequential damages. There are no warranties, express or implied, made in connection with this document, except where required by law.



**Subject Photos**

Loan No:
Order Id:

**Subject Property Address:** MILBRIDGE, ME 04658
**Mortgagor:** BUTLER III, JOHN

**(1) (Front) 046.JPG**



**(2) (Address) 052.JPG**



**(3) (Street) 047.JPG**



**(4) (Street) 048.JPG**



**(5) (Exterior) 055.JPG**



**(6) (Other) 055.JPG**



© 2004 - 2016 Quandis, All Rights Reserved. http://www.quandis.com


Subject Property Address: MILBRIDGE, ME 04658
Mortgagor: BUTLER III, JOHN

**(CS 1) 665 UNIONVILLE ROAD**



**(CL 1) 0 POPLAR LANE**



**(CS 2) 44 TIMOTHY WAY**



**(CL 2) 520 INDIAN RIVER ROAD**



**(CS 3) 7 UNIONVILLE ROAD**



**(CL 3) 0 KANSAS ROAD**





**Point Mapping**

Loan No:
Order Id:

**Subject Property Address:** MILBRIDGE, ME 04658
**Mortgagor:** BUTLER III, JOHN



**Point Property Street Address**

A  Subject    WYMAN RD
B  Sale #1    665 UNIONVILLE ROAD
C  Sale #3    7 UNIONVILLE ROAD
D  Listing #1 0 POPLAR LANE
E  Listing #2 520 INDIAN RIVER ROAD
F  Listing #3 0 KANSAS ROAD

NOTE: Some properties may be so close together that they do not show as distinct map points.

© 2004 - 2016 Quandis, All Rights Reserved. http://www.quandis.com