Index No.: 1:19-CV-00218-JAW
Filed On: _____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

## AFFIDAVIT OF SERVICE

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

-against-

**JOHN J. BUTLER III & SANDRA E. BUTLER**

STATE OF _CA_, COUNTY OF: _SHASTA_ .: (Process Server): _MARTIN G. RAUCH #215_
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of _CA_.
That on _8/11/2020_, at _5:10 PM_ am/pm at 19649 INDIAN CREEK DRIVE, COTTONWOOD, CA 96022 I served the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT bearing Index # 1:19-CV-00218-JAW and filed date upon JOHN J. BUTLER.

[✓] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat _____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____ who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[ ] **DESCRIPTION**
Sex: _M_ ; Color: _WMA_ ; Hair: _Gry_ ; Approx. Age: _60_ ; Approx. Height: _5-8_ ; Approx. Weight: _125 lbs_
Other: _____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_0_ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on: _see attached California jurat_

_[signature] Martin G. Rauch_

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER., SUITE 225D
BEVERLY, MA 01915
Phone: (978) 921-2870
File No. S&J BUTLER



Signature of Process Server

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS766863)SLP 1033167>

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____   _____
Signature of Document Signer No. 1                Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Shasta

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 20 20 by
(1) Martin G. Rauch
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: ERIN FRIEDMAN, COMM. #2205997, NOTARY PUBLIC - CALIFORNIA, SHASTA COUNTY, My Comm. Expires Aug. 14, 2021]

Seal
Place Notary Seal Above

———————— *OPTIONAL* ————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit of Service   Document Date: 8/11/20
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910