CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Bankruptcy Petition #: 11-44255

*Assigned to:* Hon. Christopher M. Klein
Chapter 13
Voluntary
Asset

*Date filed:* 10/10/2011
*Date terminated:* 04/16/2013
*Debtor dismissed:* 01/18/2013
*Joint debtor dismissed:* 01/18/2013
*341 meeting:* 11/10/2011

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

**Debtor**
John Joseph Butler, III
19649 Indian Creek Dr
Cottonwood, CA 96022
SHASTA-CA
SSN / ITIN: xxx-xx-3410

represented by **Clark D. Nicholas**
3304 Shasta Dam Blvd Spc 53
Shasta Lake, CA 96019
530-238-7701

**Joint Debtor**
Sandra Elaine Butler
19649 Indian Creek Dr
Cottonwood, CA 96022
SHASTA-CA
SSN / ITIN: xxx-xx-0788

represented by **Clark D. Nicholas**
(See above for address)

**Trustee**
David Cusick
PO Box 1858
Sacramento, CA 95812-1858
916-856-8000

represented by **Talvinder S. Bambhra**
80 Blue Ravine Rd., Suite 150
Folsom, CA 95630
916-856-8033

**U.S. Trustee**
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text |
|---|---|---|
| 09/02/2016 | | Change of Address Submitted for Attorney Clark Nicholas by e-Filing User Account Maintenance Utility. Address changed from: 448 Redcliff Dr #234 , Redding CA 96002 to: 3304 Shasta Dam Blvd Spc 53 , Shasta Lake CA 96019. (Entered: 09/02/2016) |
| 08/05/2015 | | Change of Address Submitted for Attorney Kristi Wells by e-Filing User Account Maintenance Utility. Address changed from: 1241 E Dyer Rd #250 , Santa Ana CA 92705 to: 2121 Alton Drive, Suite 110 , Irvine CA 92606. (Entered: 08/05/2015) |
| 08/05/2015 | | Change of Address Submitted for Attorney Kristi Wells by e-Filing User Account Maintenance Utility. Address changed from: 1241 E Dyer Rd #250 , Santa Ana CA 92705 to: 2121 Alton Drive, Suite 110 , Irvine CA 92606. (Entered: 08/05/2015) |
| 03/23/2015 | | Change of Address Submitted for Attorney Talvinder Bambhra by e-Filing User Account Maintenance Utility. Address changed from: 10293 Rockingham Dr. Suite 101 , Sacramento CA 95827 to: 80 Blue Ravine Rd., Suite 150 , Folsom CA 95630. (Entered: 03/23/2015) |
| 04/16/2013 | 215 (1 pg) | Order Closing Case where Case has been Dismissed (stps) (Entered: 04/16/2013) |
| 04/15/2013 | 214 (1 pg) | Order Approving Final Report and Discharging Trustee. (Admin) (Entered: 04/15/2013) |
| 03/12/2013 | 213 (6 pgs) | Certificate of Mailing of Trustee's Final Report and Account as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 03/14/2013) |
| 03/12/2013 | 212 (4 pgs) | Certificate of Mailing of Notice of Filing Chapter 13 Trustee's Final Report and Account and of Order Fixing Deadline for Objecting Thereto as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 03/14/2013) |
| 03/12/2013 | 211 (1 pg) | Notice of Filing Chapter 13 Trustee's Final Report and Account and of Order Fixing Deadline for Objecting Thereto as Transmitted to BNC for Service. (Admin) (Entered: 03/12/2013) |
| 03/12/2013 | 210 (3 pgs) | Trustee's Final Report and Account as transmitted to BNC for service. (Hughes, Anne) (Entered: 03/12/2013) |
| 01/18/2013 | 209 (4 pgs) | Certificate of Mailing of Notice of 208 Notice of Entry of Order of Dismissal as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/20/2013) |
| 01/18/2013 | 208 (1 pg) | Notice of Entry of Order as Transmitted to BNC for Service Re: 207 Civil Minute Order Granting 201 Motion Application to Dismiss Case [TSB-1] (isaf) (Entered: 01/18/2013) |

**EXHIBIT J**

| | | |
|---|---|---|
| 01/18/2013 | | Civil Minute Order Granting 201 Motion/Application to Dismiss Case [TSB-1] (isaf) (Entered: 01/18/2013) |
| 01/18/2013 | | Docket Entry Reserved for Internal Use Order Processing (dhes) (Entered: 01/18/2013) |
| 01/09/2013 | 205 (1 pg) | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 201 Motion/Application to Dismiss Case [TSB-1] (dhes) (Entered: 01/14/2013) |
| 12/19/2012 | | Change of Address Submitted for Attorney Clark Nicholas by e-Filing User Account Maintenance Utility. Address changed from 448 Redcliff Dr #226 , Redding CA 96002 to: 448 Redcliff Dr #234 , Redding CA 96002. (Entered: 12/19/2012) |
| 12/19/2012 | | Change of Address Submitted for Attorney Clark Nicholas by e-Filing User Account Maintenance Utility. Address changed from 448 Redcliff Dr #226 , Redding CA 96002 to: 448 Redcliff Dr #234 , Redding CA 96002. (Entered: 12/19/2012) |
| 12/18/2012 | | Adversary Proceeding 2:12-ap-2340 Closed (jris) (Entered: 12/18/2012) |
| 12/04/2012 | 204 | Certificate/Proof of Service of 201 Motion/Application to Dismiss Case [TSB-1], 202 Notice of Hearing, 203 Declaration (jris) (Entered: 12/04/2012) |
| 12/04/2012 | 203 | Declaration of Christina Lloyd in support of 201 Motion/Application to Dismiss Case [TSB-1] (jris) (Entered: 12/04/2012) |
| 12/04/2012 | 202 | Notice of Hearing Re: 201 Motion/Application to Dismiss Case [TSB-1] to be held on 1/9/2013 at 10:00 AM at Sacramento Courtroom 33, Department E. (jris) (Entered: 12/04/2012) |
| 12/04/2012 | 201 | Motion/Application to Dismiss Case [TSB-1] Filed by Trustee David Cusick (jris) (Entered: 12/04/2012) |
| 11/29/2012 | 200 | Civil Minute Order Sustaining 186 Objection to Confirmation of Plan [PD-1] (isaf) (Entered: 11/30/2012) |
| 11/29/2012 | 199 | Civil Minute Order Denying 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] (isaf) (Entered: 11/30/2012) |
| 11/13/2012 | 197 (1 pg) | Civil Minutes -- Hearing Held/Concluded Re: 186 Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1] SUSTAINED (dhes) (Entered: 11/28/2012) |
| 11/13/2012 | 195 (3 pgs) | Civil Minutes -- Hearing Held/Concluded Re: 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] DENIED (dhes) (Entered: 11/28/2012) |
| 11/08/2012 | 194 | Certificate/Proof of Service of 193 Response/Reply [CDN-7] (isaf) (Entered: 11/08/2012) |
| 11/08/2012 | 193 | Response/Reply [CDN-7] Filed by Trustee David Cusick Re: 191 Declaration (isaf) (Entered: 11/08/2012) |
| 11/06/2012 | 192 | Certificate/Proof of Service of 191 Declaration [CDN-7] (jris) (Entered: 11/07/2012) |
| 11/06/2012 | 191 | Declaration of John Joseph Butler, III in support of 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] (jris) (Entered: 11/07/2012) |
| 10/24/2012 | | A voice mail was left with the Law Office of Robert P. Zahradka on October 24, 2012 advising that the document(s) have been docketed, but before the court will calendar this matter or take any action with respect to the relief requested, a Notice of Hearing must be filed Re: 186 Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1] (isaf) (Entered: 10/24/2012) |
| 10/23/2012 | 190 | Certificate/Proof of Service of 189 Notice of Hearing [PD-1] (isaf) (Entered: 10/24/2012) |
| 10/23/2012 | 189 | Notice of Hearing Re: 186 Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1] to be held on 11/13/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (isaf) (Entered: 10/24/2012) |
| 10/23/2012 | 188 | Certificate/Proof of Service of 186 Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1], 187 Exhibit(s) (isaf) (Entered: 10/24/2012) |
| 10/23/2012 | 187 | Exhibit(s) in support of 186 Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1] (isaf) (Entered: 10/24/2012) |
| 10/23/2012 | 186 | Objection to Confirmation of Plan by HSBC Bank USA, National Association [PD-1] Filed by Creditor HSBC Bank USA, National Association (isaf) (Entered: 10/24/2012) |
| 10/15/2012 | 185 | Certificate/Proof of Service of 184 Change of Address (isaf) (Entered: 10/16/2012) |
| 10/15/2012 | 184 | Change of Address for John Joseph Butler, III and Sandra Elaine Butler (isaf) (Entered: 10/16/2012) |
| 10/11/2012 | 183 | Certificate/Proof of Service of 181 Opposition/Objection, 182 Declaration [CDN-7] (stps) (Entered: 10/11/2012) |
| 10/11/2012 | 182 | Declaration of Christina Lloyd in support of 181 Opposition/Objection [CDN-7] (stps) (Entered: 10/11/2012) |
| 10/11/2012 | 181 | Opposition/Objection Filed by Trustee David Cusick Re: 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] (stps) (Entered: 10/11/2012) |
| 10/02/2012 | 180 | Certificate/Proof of Service of 176 Amended/Modified Plan, 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7], 178 Notice of Hearing, 179 Declaration (stps) (Entered: 10/03/2012) |
| 10/02/2012 | 179 | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] (stps) (Entered: 10/03/2012) |
| 10/02/2012 | 178 | Notice of Hearing Re: 177 Motion/Application to Confirm Chapter 13 Plan [CDN-7] to be held on 11/13/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (stps) (Entered: 10/03/2012) |

| | | |
|---|---|---|
| 10/02/2012 | | Motion/Application to Confirm Chapter 13 Plan [CDN-7] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (stps) (Entered: 10/03/2012) |
| 09/30/2012 | 176 | Amended/Modified 13 Plan Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (stps) (Entered: 10/01/2012) |
| 09/30/2012 | 175 | Amended Summary of Schedules Statistical Summary Schedule I Schedule J (Filing Fee Not Paid or Not Required) (stps) (Entered: 10/01/2012) |
| 09/24/2012 | 174 | Civil Minute Order Denying 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] (bons) (Entered: 09/25/2012) |
| 09/11/2012 | 172 (2 pgs) | Civil Minutes -- Hearing Held/Concluded Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] DENIED (dhes) (Entered: 09/17/2012) |
| 08/23/2012 | 171 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/25/2012) |
| 08/23/2012 | 170 | Copy of Document as transmitted to BNC for service. (stps) (Entered: 08/23/2012) |
| 08/22/2012 | 169 | Civil Minute Order Re: 57 Motion/Application To Value Collateral of Wells Fargo Bank, N.A. [CDN-4](The Value Of The Collateral Is $229,000) (stps) (Entered: 08/23/2012) |
| 08/21/2012 | 168 | Civil Minutes -- Evidentiary Hearing Held/Concluded Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] CONCLUDED (jbus) (Entered: 08/21/2012) |
| 08/09/2012 | 167 | Certificate/Proof of Service of 165 Opposition/Objection, 166 Exhibit(s) (bons) (Entered: 08/10/2012) |
| 08/09/2012 | 166 | Exhibit(s) in support of 165 Opposition/Objection [PD-1] (bons) (Entered: 08/10/2012) |
| 08/09/2012 | 165 | Opposition/Objection [PD-1] Filed by Creditor HSBC Bank USA, National Association Re: 159 Opposition/Objection (bons) (Entered: 08/10/2012) |
| 08/06/2012 | 164 | Request for Special Notice Filed by Creditor HSBC Bank USA, National Association (stps) (Entered: 08/06/2012) |
| 08/02/2012 | 163 | Certificate/Proof of Service of 162 Brief/Memorandum [CDN-4] (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 162 | Brief/Memorandum Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 161 | Certificate/Proof of Service of 159 Opposition/Objection, 160 Exhibit(s) [CDN-4] (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 160 | Exhibit(s) to 159 Opposition/Objection [CDN-4] (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 159 | Opposition/Objection [CDN-4] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler Re: 156 Brief/Memorandum (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 158 | Certificate/Proof of Service of 156 Brief/Memorandum, 157 Exhibit(s) [CDN-4] (bons) (Entered: 08/03/2012) |
| 08/02/2012 | 157 | Exhibit(s) in support of 156 Brief/Memorandum [CDN-4] (bons) Modified on 8/3/2012 (bons). (Entered: 08/03/2012) |
| 08/02/2012 | 156 | Evidentiary Brief/Memorandum Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] Filed by Creditor HSBC Bank USA, National Association (bons) (Entered: 08/03/2012) |
| 07/26/2012 | 155 | Certificate/Proof of Service of 153 Support Document, 154 Exhibit(s) [CDN-4] (stps) (Entered: 07/26/2012) |
| 07/26/2012 | 154 | Exhibit(s) in support of 153 Support Document [CDN-4] (stps) (Entered: 07/26/2012) |
| 07/26/2012 | 153 | Support Document/Direct Testimony Statement Of Russell M. Sunn Re: 76 Opposition/Objection [CDN-4] Filed by Creditor HSBC Bank USA, National Association (stps) (Entered: 07/26/2012) |
| 07/23/2012 | 152 | Adversary case 12-02340. (21 (Validity, priority or extent of lien or other interest in property)) : Complaint 12-02340 by John Joseph Butler III against HSBC Bank USA NA. Fee Amount of $293.00 is Exempt. (smis) Additional attachment(s) added on 7/25/2012 (stps). (Entered: 07/24/2012) |
| 07/12/2012 | 151 | Certificate/Proof of Service of 149 Supplemental Document, 150 Exhibit(s) [CDN-4] (stps) (Entered: 07/13/2012) |
| 07/12/2012 | 150 | Exhibit(s) to 149 Supplemental Document [CDN-4] (stps) (Entered: 07/13/2012) |
| 07/12/2012 | 149 | Second Supplemental 125 Declaration [CDN-4] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (stps) (Entered: 07/13/2012) |
| 07/12/2012 | 148 | Certificate/Proof of Service of 146 Supplemental Document, 147 Exhibit(s) [CDN-4] (stps) (Entered: 07/12/2012) |
| 07/12/2012 | 147 | Exhibit(s) to 146 Supplemental Document [CDN-4] (stps) (Entered: 07/12/2012) |
| 07/12/2012 | 146 | Supplemental 125 Declaration [CDN-4] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (stps) (Entered: 07/12/2012) |
| 06/25/2012 | | Motion/Application for Adequate Protection, Document Number 128, Terminated. See 145 Order on Motion/Application for Relief From Stay [RCO-2] (stps) (Entered: 06/26/2012) |
| 06/25/2012 | 145 | Civil Minute Order Granting 128 Motion/Application for Relief from Stay [RCO-2] (stps) (Entered: 06/26/2012) |

| Date | Doc # | Description |
|---|---|---|
| 06/19/2012 | 144 | Civil Minutes -- Hearing Motion Resolved without Oral Argument Re: 128 Motion for Relief from Automatic Stay [RCO-2]; 128 Motion/Application for Adequate Protection [RCO-2] GRANTED (dhes) (Entered: 06/19/2012) |
| 06/12/2012 | 143 | Request for Special Notice Filed by Creditor Wells Fargo Bank, N.A. (stps) (Entered: 06/12/2012) |
| 06/11/2012 | 142 | Order to Continue Evidentiary Hearing Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4]; Evidentiary Hearing to be held on 8/21/2012 at 10:00 AM at Sacramento Courtroom 35, Department C Judge David E. Russell will preside over the hearing. (stps) (Entered: 06/12/2012) |
| 06/05/2012 | 141 | Civil Minutes -- Hearing Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] continued; Hearing to be held on 9/11/2012 at 02:00 PM at Sacramento Courtroom 35, Department C (dhes) (Entered: 06/11/2012) |
| 06/05/2012 | 140 | Civil Minutes -- Hearing Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] continued for Evidentiary Hearing; Evidentiary Hearing to be held on 8/21/2012 at 10:00 AM at Sacramento Courtroom 35, Department C Judge David E. Russell will preside over the hearing. (dhes) (Entered: 06/11/2012) |
| 05/30/2012 | 139 | Certificate/Proof of Service of 138 Notice of Filed Claims (stps) (Entered: 05/30/2012) |
| 05/30/2012 | 138 | Notice of Filed Claims (stps) (Entered: 05/30/2012) |
| 05/22/2012 | | The Chapter 13 Trustee has no opposition to the 128 Motion for Relief from Automatic Stay [RCO-2] Filed by Trustee David Cusick (Jones, Charmaine) (Entered: 05/22/2012) |
| 05/17/2012 | 137 | Certificate/Proof of Service of 134 Declaration, 135 Exhibit(s), 136 Exhibit(s) [CDN-4] (stps) (Entered: 05/18/2012) |
| 05/17/2012 | 136 | Exhibit(s) in support of 134 Declaration [CDN-4] (stps) (Entered: 05/18/2012) |
| 05/17/2012 | 135 | Exhibit(s) in support of 134 Declaration [CDN-4] (stps) (Entered: 05/18/2012) |
| 05/17/2012 | 134 | Declaration of Russell M. Sunn in support of 76 Opposition/Objection [CDN-4] (stps) (Entered: 05/18/2012) |
| 05/17/2012 | 133 | Certificate/Proof of Service of 128 Motion for Relief from Automatic Stay [RCO-2], 128 Motion/Application for Adequate Protection [RCO-2], 129 Notice of Hearing, 130 Declaration, 131 Movant's Information Sheet (Section 362), 132 Exhibit(s) (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 132 | Exhibit(s) in support of 128 Motion for Relief from Automatic Stay [RCO-2], 128 Motion/Application for Adequate Protection [RCO-2] (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 131 | Movant's Information Sheet (Section 362) Re: 128 Motion for Relief from Automatic Stay [RCO-2] (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 130 | Declaration of Jahmiah Clark in support of 128 Motion for Relief from Automatic Stay [RCO-2], 128 Motion/Application for Adequate Protection [RCO-2] (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 129 | Notice of Hearing Re: 128 Motion for Relief from Automatic Stay [RCO-2], 128 Motion/Application for Adequate Protection [RCO-2] to be held on 6/19/2012 at 01:30 PM at Sacramento Courtroom 33, Department E. (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 128 | Motion/Application for Adequate Protection [RCO-2] Filed by Creditor US Bank National Association (msts) (Entered: 05/18/2012) |
| 05/17/2012 | 128 | Motion for Relief from Automatic Stay [RCO-2] Filed by Creditor US Bank National Association (Fee Paid $176) (msts) (Entered: 05/18/2012) |
| 05/17/2012 | | Motion Fee Paid ($176.00, Receipt Number: 2-12-13529) (auto) (Entered: 05/18/2012) |
| 05/03/2012 | 127 | Certificate/Proof of Service of 125 Declaration, 126 Exhibit(s) [CDN-4] (stps) (Entered: 05/04/2012) |
| 05/03/2012 | 126 | Supplemental Exhibit(s) to 125 Declaration [CDN-4] (stps) (Entered: 05/04/2012) |
| 05/03/2012 | 125 | Supplemental Declaration of Timothy W. Bradford in support of 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] (stps) (Entered: 05/04/2012) |
| 04/24/2012 | 124 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/26/2012) |
| 04/24/2012 | 123 | Copy of Document as transmitted to BNC for service. (bons) (Entered: 04/24/2012) |
| 04/24/2012 | 122 | Order to Continue Hearing [CDN-6] Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6]; Hearing to be held on 6/5/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (bons) (Entered: 04/24/2012) |
| 04/17/2012 | 121 | Civil Minutes -- Hearing Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] continued; Hearing to be held on 6/5/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (dhes) (Entered: 04/18/2012) |
| 04/16/2012 | | Change of Address Submitted for Attorney Evan Daily by e-Filing User Account Maintenance Utility. Address changed from: 2180 Harvard St #160 PO Box 13807, Sacramento CA 95853 to: 4375 Jutland Dr., Suite 200 P.O. Box 17933, San Diego CA 92177. (Entered: 04/16/2012) |
| 04/16/2012 | | Change of Address Submitted for Attorney Evan Daily by e-Filing User Account Maintenance Utility. Address changed from: 2180 Harvard St #160 PO Box 13807, Sacramento CA 95853 to: 4375 Jutland Dr., Suite 200 P.O. Box 17933, San Diego CA 92177. (Entered: 04/16/2012) |
| 04/12/2012 | 118 | Civil Minute Order Denying 95 Motion/Application For Relief From Co-Debtor Stay [PD-1] (stps) (Entered: 04/12/2012) |
| 04/12/2012 | 118 | Civil Minute Order Denying 95 Motion/Application for Relief from Stay [PD-1] (stps) (Entered: 04/12/2012) |
| 04/11/2012 | 120 | Certificate/Proof of Service of 119 Declaration [CDN-6] (stps) (Entered: 04/12/2012) |

| Date | Doc # | Description |
|---|---|---|
| 04/11/2012 | 119 | Supplemental Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] (stps) (Entered: 04/12/2012) |
| 04/10/2012 | 116 | Certificate/Proof of Service of 114 Declaration, 115 Exhibit(s) [CDN-4] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 115 | Exhibit(s) to 114 Declaration [CDN-4] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 114 | Declaration of Timothy W. Bradford in support of 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 113 | Certificate/Proof of Service of 110 Opposition/Objection, 111 Declaration, 112 Exhibit(s) [CDN-6] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 112 | Exhibit(s) in support of 110 Opposition/Objection [CDN-6] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 111 | Declaration of Evan Daily in support of 110 Opposition/Objection [CDN-6] (stps) (Entered: 04/11/2012) |
| 04/10/2012 | 110 | Opposition/Objection Filed by Creditor HSBC Bank USA, National Association Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] (stps) (Entered: 04/11/2012) |
| 04/03/2012 | 117 | Civil Minutes -- Hearing Held/Concluded Re: 95 Amended Motion for Relief from Automatic Stay [PD-1]., 95 Amended Motion/Application for Relief from Co-Debtor Stay [PD-1]. DENIED (dhes) (Entered: 04/11/2012) |
| 04/03/2012 | 109 | Certificate/Proof of Service of 107 Opposition/Objection, 108 Declaration [CDN-6] (stps) (Entered: 04/03/2012) |
| 04/03/2012 | 108 | Declaration of Christina Lloyd in support of 107 Opposition/Objection [CDN-6] (stps) (Entered: 04/03/2012) |
| 04/03/2012 | 107 | Opposition/Objection Filed by Trustee David Cusick Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] (stps) (Entered: 04/03/2012) |
| 03/28/2012 | 106 | Certificate/Proof of Service of 104 Response/Reply, 105 Exhibit(s) [PD-1] (stps) (Entered: 03/29/2012) |
| 03/28/2012 | 105 | Exhibit(s) in support of 104 Response/Reply [PD-1] (stps) (Entered: 03/29/2012) |
| 03/28/2012 | 104 | Response/Reply And Objections To Evidence Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler Re: 95 Amended Motion for Relief from Automatic Stay [PD-1] , 95 Amended Motion/Application for Relief from Co-Debtor Stay [PD-1]. (stps) (Entered: 03/29/2012) |
| 03/20/2012 | | Motion/Application for Adequate Protection, Document Number 65, Terminated. See 103 Order on Motion/Application for Relief From Stay [RCO-1] (stps) (Entered: 03/21/2012) |
| 03/20/2012 | 103 | Civil Minute Order Denying 65 Motion/Application for Relief from Stay [RCO-1] (stps) (Entered: 03/21/2012) |
| 03/14/2012 | 101 | Amended Certificate/Proof of Service of 95 Amended Motion for Relief from Automatic Stay [PD-1]., 95 Amended Motion Application for Relief from Co-Debtor Stay [PD-1] , 96 Amended Notice of Hearing, 97 Declaration, 98 Exhibit(s), 99 Movant's Information Sheet (Section 362), 100 Memorandum of Points and Authorities (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 100 | Memorandum of Points and Authorities in support of 95 Amended Motion for Relief from Automatic Stay [PD-1], 95 Amended Motion/Application for Relief from Co-Debtor Stay [PD-1]. (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 99 | Movant's Information Sheet (Section 362) Re: 95 Amended Motion for Relief from Automatic Stay [PD-1]. (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 98 | Exhibit(s) to 97 Declaration [PD-1] (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 97 | Declaration of Teressa J. Williams in support of 95 Amended Motion for Relief from Automatic Stay [PD-1]., 95 Amended Motion/Application for Relief from Co-Debtor Stay [PD-1]. (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 96 | Amended Notice of Hearing Re: 95 Amended Motion for Relief from Automatic Stay [PD-1]., 95 Amended Motion/Application for Relief from Co-Debtor Stay [PD-1], to be held on 4/3/2012 at 01:30 PM at Sacramento Courtroom 35, Department C. (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 95 | Amended Motion/Application for Relief from Co-Debtor Stay [PD-1]. 27 Motion/Application for Relief from Co-Debtor Stay Filed by Creditor HSBC Bank USA, National Association (ltas) (Entered: 03/15/2012) |
| 03/14/2012 | 95 | Amended Motion for Relief from Automatic Stay [PD-1]. 27 Motion for Relief from Automatic Stay Filed by Creditor HSBC Bank USA, National Association (ltas) (Entered: 03/15/2012) |
| 03/13/2012 | 102 | Civil Minutes -- Hearing Held/Concluded Re: 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] DENIED WITHOUT PREJUDICE(dhes) Modified on 3/19/2012 (dhes). (Entered: 03/19/2012) |
| 03/07/2012 | 94 | Civil Minute Order Denying 46 Motion/Application To Approve Lease [CDN-3] (stps) (Entered: 03/08/2012) |
| 03/05/2012 | 89 | Civil Minute Order/Order to Set Evidentiary Hearing Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] ; Evidentiary Hearing to be held on 6/5/2012 at 02:00 PM at Sacramento Courtroom 33, Department E (stps) (Entered: 03/06/2012) |
| 03/05/2012 | 92 | Civil Minute Order/Order to Continue Hearing Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] ; Hearing to be held on 4/3/2012 at 01:30 PM at Sacramento Courtroom 33, Department E. (stps) (Entered: 03/06/2012) |
| 03/05/2012 | 92 | Order Vacating 64 Order on Motion/Application for Relief From Stay, 64 Order on Motion/Application for Relief From Co-Debtor Stay [PD-1] (stps) (Entered: 03/06/2012) |
| 03/05/2012 | | Motion/Application to Vacate, Document Number 71, Terminated. See 91 Order [CDN-5] (stps) (Entered: 03/06/2012) |

CM/ECF LIVE - U.S. Bankruptcy Court-caeb                                   https://ecf.caeb.uscourts.gov/cgi-bin/DktRpt.pl?161650010498121-L_1

| Date | Doc # | Description |
|---|---|---|
| 03/05/2012 | 91 | Civil Minute Order Granting 71 Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A. [CDN-5] (stps) (Entered: 03/06/2012) |
| 02/28/2012 | 93 | Civil Minutes -- Hearing Held Concluded Re: 46 Motion/Application To Approve Lease [CDN-3] DENIED WITHOUT PREJUDICE (dhes) (Entered: 03/05/2012) |
| 02/28/2012 | 90 | Civil Minutes -- Hearing Held Concluded Re: 71 Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A. [CDN-5], 71 Motion/Application to Vacate [CDN-5] GRANTED (dhes) (Entered: 03/02/2012) |
| 02/28/2012 | 88 | Civil Minutes -- Hearing Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] continued; Hearing to be held on 6/5/2012 at 02:00 PM at Sacramento Courtroom 35, Department C. (dhes) (Entered: 03/02/2012) |
| 02/28/2012 | 87 | Certificate/Proof of Service of 86 Response Reply [RCO-1] (stps) (Entered: 02/29/2012) |
| 02/28/2012 | 86 | Response Reply Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler Re: 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] (stps) (Entered: 02/29/2012) |
| 02/20/2012 | 85 | Certificate/Proof of Service of 52 Amended/Modified Plan, 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6], 83 Notice of Hearing, 84 Declaration (stps) (Entered: 02/21/2012) |
| 02/20/2012 | 84 | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] (stps) (Entered: 02/21/2012) |
| 02/20/2012 | 83 | Notice of Hearing Re: 82 Motion/Application to Confirm Chapter 13 Plan [CDN-6] to be held on 4/17/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (stps) (Entered: 02/21/2012) |
| 02/20/2012 | 82 | Motion/Application to Confirm Chapter 13 Plan [CDN-6] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (stps) (Entered: 02/21/2012) |
| 02/14/2012 | 81 | Civil Minutes -- Hearing Re: 46 Motion/Application To Approve Lease [CDN-3] continued; Hearing to be held on 2/28/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (dhes) (Entered: 02/15/2012) |
| 02/14/2012 | 80 | Certificate/Proof of Service of 76 Opposition/Objection, 77 Exhibit(s), 78 Declaration [CDN-4] (nkrs) (Entered: 02/15/2012) |
| 02/14/2012 | 79 | Exhibit(s) in support of 78 Declaration [CDN-4] (nkrs) (Entered: 02/15/2012) |
| 02/14/2012 | 78 | Declaration of Casper J. Rankin in support of 76 Opposition/Objection [PD-1] (nkrs) (Entered: 02/15/2012) |
| 02/14/2012 | 77 | Exhibit(s) in support of 76 Opposition/Objection [CDN-4] (nkrs) (Entered: 02/15/2012) |
| 02/14/2012 | 76 | Opposition/Objection Filed by Creditor HSBC Bank USA, National Association Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] (nkrs) (Entered: 02/15/2012) |
| 02/14/2012 | | The Chapter 13 Trustee has no opposition to the 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] Filed by Trustee David Cusick (Jones, Charmaine) (Entered: 02/14/2012) |
| 02/13/2012 | 75 | Amended Summary of Schedules Statistical Summary Schedule I Schedule J (Filing Fee Not Paid or Not Required) (jris) (Entered: 02/14/2012) |
| 02/13/2012 | 74 | Certificate/Proof of Service of 71 Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A [CDN-5], 71 Motion/Application to Vacate [CDN-5], 72 Notice of Hearing, 73 Declaration (jris) (Entered: 02/14/2012) |
| 02/13/2012 | 73 | Declaration of Clark D. Nicholas in support of 71 Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A. [CDN-5], 71 Motion/Application to Vacate [CDN-5] (jris) (Entered: 02/14/2012) |
| 02/13/2012 | 72 | Notice of Hearing Re: 71 Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A. [CDN-5], 71 Motion/Application to Vacate [CDN-5] to be held on 2/28/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (jris) (Entered: 02/14/2012) |
| 02/13/2012 | 71 | Motion/Application to Vacate [CDN-5] 64 Order on Motion/Application for Relief From Stay Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (jris) (Entered: 02/14/2012) |
| 02/13/2012 | 71 | Motion/Application for Rehearing of the Motion for Relief from Automatic Stay of HSBC Bank USA, N.A. [CDN-5] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (jris) (Entered: 02/14/2012) |
| 02/13/2012 | doc (4 pgs) | Notice of Mortgage Payment Change with Certificate of Service Filed by Creditor US Bank National Association (msts) (Entered: 02/13/2012) |
| 02/10/2012 | 70 | Certificate/Proof of Service of 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1], 66 Notice of Hearing, 67 Declaration, 68 Exhibit(s), 69 Movant's Information Sheet (Section 362) (msts) (Entered: 02/13/2012) |
| 02/10/2012 | 69 | Movant's Information Sheet (Section 362) Re: 65 Motion for Relief from Automatic Stay [RCO-1] (nkrs) (Entered: 02/10/2012) |
| 02/10/2012 | 68 | Exhibit(s) in support of 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] (nkrs) (Entered: 02/10/2012) |
| 02/10/2012 | 67 | Declaration of Trina M. Glover in support of 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] (nkrs) (Entered: 02/10/2012) |
| 02/10/2012 | 66 | Notice of Hearing Re: 65 Motion for Relief from Automatic Stay [RCO-1], 65 Motion/Application for Adequate Protection [RCO-1] to be held on 3/13/2012 at 01:30 PM at Sacramento Courtroom 33, Department E. (nkrs) (Entered: 02/10/2012) |

| Date | # | Description |
|---|---|---|
| 02/10/2012 | 66 | Motion/Application for Adequate Protection [RCO-1] Filed by Creditor US Bank National Association (nkrs) (Entered: 02/10/2012) |
| 02/10/2012 | 65 | Motion for Relief from Automatic Stay [RCO-1] Filed by Creditor US Bank National Association (Fee Paid $176) (nkrs) (Entered: 02/10/2012) |
| 02/10/2012 |  | Motion Fee Paid ($176.00, Receipt Number 2-12-03843) (auto) (Entered: 02/10/2012) |
| 01/31/2012 | 64 | Civil Minute Order Denying 27 Motion/Application For Relief From Co-Debtor Stay [PD-1] (nkrs) Modified on 3/6/2012 (stps). VACATED BY ORDER DATED 3/5/12 (Entered: 01/31/2012) |
| 01/31/2012 | 64 | Civil Minute Order Granting 27 Motion/Application for Relief from Stay [PD-1] (nkrs) Modified on 3/6/2012 (stps). VACATED BY ORDER DATED 3/5/12 (Entered: 01/31/2012) |
| 01/27/2012 | 62 | Certificate/Proof of Service of 61 Response/Reply [CDN-3] (nkrs) (Entered: 01/27/2012) |
| 01/27/2012 | 61 | Response/Reply Filed by Trustee David Cusick Re: 46 Motion/Application To Approve Lease [CDN-3] (nkrs) (Entered: 01/27/2012) |
| 01/24/2012 | 63 | Civil Minutes -- Hearing Held/Concluded Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] GRANTED (dhes) (Entered: 01/30/2012) |
| 01/23/2012 | 60 | Certificate/Proof of Service of 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4], 58 Notice of Hearing, 59 Declaration (jris) (Entered: 01/24/2012) |
| 01/23/2012 | 59 | Declaration of John Joseph Butler, III in support of 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] (jris) (Entered: 01/24/2012) |
| 01/23/2012 | 58 | Notice of Hearing Re: 57 Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] to be held on 2/28/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (jris) (Entered: 01/24/2012) |
| 01/23/2012 | 57 | Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [CDN-4] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (jris) (Entered: 01/24/2012) |
| 01/17/2012 | 56 | Certificate/Proof of Service of 44 Opposition/Objection, 53 Amended Document, 54 Declaration, 55 Exhibit(s) [PD-1] (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 55 | Exhibit(s) in support of 44 Response/Reply [PD-1] (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 54 | Declaration of John Joseph Butler, III In Response Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 53 | Amended 44 Response/Reply [PD-1] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 52 | Amended/Modified 15 Plan Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 51 | Amended Summary of Schedules Statistical Summary Schedule I Schedule J (Filing Fee Not Paid or Not Required) (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 50 | Certificate/Proof of Service of 46 Motion/Application To Approve Lease [CDN-3], 47 Notice of Hearing, 48 Declaration, 49 Exhibit(s) (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 49 | Exhibit(s) in support of 46 Motion/Application To Approve Lease [CDN-3] (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 48 | Declaration of John Joseph Butler, III in support of 46 Motion/Application To Approve Lease [CDN-3] (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 47 | Notice of Hearing Re: 46 Motion/Application To Approve Lease [CDN-3] to be held on 2/14/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (nkrs) (Entered: 01/18/2012) |
| 01/17/2012 | 46 | Motion/Application To Approve Lease [CDN-3] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 01/18/2012) |
| 01/13/2012 | 45 | Certificate/Proof of Service of 44 Response/Reply, 44 Opposition/Objection [PD-1] (nkrs) (Entered: 01/17/2012) |
| 01/13/2012 | 44 | Opposition/Objection To Documents Presented By IT [PD-1] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 01/17/2012) |
| 01/13/2012 | 44 | Response/Reply Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] (nkrs) (Entered: 01/17/2012) |
| 01/13/2012 | 43 | Civil Minute Order Denying 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1] (nkrs) (Entered: 01/13/2012) |
| 01/10/2012 | 42 | Civil Minutes -- Hearing Held/Concluded Re: 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1] DENIED (dhes) (Entered: 01/11/2012) |
| 01/04/2012 | 41 | Certificate/Proof of Service of 40 Amended Notice of Hearing [PD-1] (jris) (Entered: 01/04/2012) |
| 01/04/2012 | 40 | Amended Notice of Hearing Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] to be held on 1/24/2012 at 01:30 PM at Sacramento Courtroom 33, Department E. (jris) (Entered: 01/04/2012) |
| 12/28/2011 | 39 | Certificate of Mailing of Notice of Intent to Close Chapter 13 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/30/2011) |

| Date | # | Description |
|---|---|---|
| 12/28/2011 | | Notice of Intent to Close Chapter 13 Case Without Entry of Discharge (Debtors Failure to File Financial Management Course Certificate) Transmitted to BNC for Service (Admin) (Entered: 12/28/2011) |
| 12/27/2011 | 37 | Certificate/Proof of Service of 35 Opposition/Objection, 36 Declaration [CDN-1] (nkrs) (Entered: 12/27/2011) |
| 12/27/2011 | 36 | Declaration of Christina Lloyd in support of 35 Opposition/Objection [CDN-1] (nkrs) (Entered: 12/27/2011) |
| 12/27/2011 | 35 | Opposition/Objection Filed by Trustee David Cusick Re: 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1] (nkrs) (Entered: 12/27/2011) |
| 12/23/2011 | 34 | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin) (Entered: 12/25/2011) |
| 12/23/2011 | 33 | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] (jkrs) (Entered: 12/23/2011) |
| 12/09/2011 | | The Chapter 13 Trustee has no opposition to the 27 Motion for Relief from Automatic Stay [PD-1] Filed by Trustee David Cusick (Yonkovich, Lori) (Entered: 12/09/2011) |
| 12/06/2011 | 32 | Certificate/Proof of Service of 27 Motion for Relief from Automatic Stay [PD-1], 28 Notice of Hearing, 29 Declaration, 30 Movant's Information Sheet (Section 362), 31 Exhibit(s), 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | | Hearing Re: 27 Motion/Application for Relief from Co-Debtor Stay [PD-1] to be held on 1/18/2012 at 09:30 AM at Sacramento Courtroom 35, Department C. (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | 27 | Motion/Application for Relief from Co-Debtor Stay [PD-1] Filed by Creditor HSBC Bank USA, National Association (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | 31 | Exhibit(s) to 29 Declaration [PD-1] (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | 30 | Movant's Information Sheet (Section 362) Re: 27 Motion for Relief from Automatic Stay [PD-1] (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | 29 | Declaration of Teressa J. Williams in support of 27 Motion for Relief from Automatic Stay [PD-1], Motion for Relief from Co-Debtor Stay [PD-1] (nkrs) Modified on 12/7/2011 (nkrs). (Entered: 12/07/2011) |
| 12/06/2011 | 28 | Notice of Hearing Re: 27 Motion for Relief from Automatic Stay [PD-1], 27 Motion for Relief from Co-Debtor Stay [PD-1] to be held on 1/18/2012 at 09:30 AM at Sacramento Courtroom 35, Department C. (nkrs) Modified on 12/7/2011 (nkrs). (Entered: 12/07/2011) |
| 12/06/2011 | 27 | Motion for Relief from Automatic Stay [PD-1] Filed by Creditor HSBC Bank USA, National Association (Fee Paid $176) (nkrs) (Entered: 12/07/2011) |
| 12/06/2011 | | Motion Fee Paid ($176.00, Receipt Number: 2-11-39990) (auto) (Entered: 12/06/2011) |
| 12/02/2011 | 26 | Notice of Appearance and Request for Notice Filed by Creditor BANK OF AMERICA, N.A. (nkrs) (Entered: 12/05/2011) |
| 11/22/2011 | 25 | Certificate/Proof of Service of 21 Amended/Modified Plan, 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1], 23 Notice of Hearing, 24 Declaration (nkrs) (Entered: 11/23/2011) |
| 11/22/2011 | 24 | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1] (nkrs) (Entered: 11/23/2011) |
| 11/22/2011 | 23 | Notice of Hearing Re: 22 Motion/Application to Confirm Chapter 13 Plan [CDN-1] to be held on 1/10/2012 at 02:00 PM at Sacramento Courtroom 33, Department E. (nkrs) (Entered: 11/23/2011) |
| 11/22/2011 | 22 | Motion/Application to Confirm Chapter 13 Plan [CDN-1] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 11/23/2011) |
| 11/22/2011 | | AMENDMENT Fee Paid ($30.00, Receipt Number: 2-11-38648) (auto) (Entered: 11/22/2011) |
| 11/21/2011 | 21 | Amended/Modified 15 Plan Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (nkrs) (Entered: 11/22/2011) |
| 11/21/2011 | 20 | Amended Verification and Master Address List (Fee Paid $30) (nkrs) (Entered: 11/22/2011) |
| 11/21/2011 | 19 | Amended Summary of Schedules Statistical Summary Schedules A - J Schedule D Schedule I Schedule J Statement of Financial Affairs (nkrs) (Entered: 11/22/2011) |
| 11/16/2011 | | Report of Trustee at 341 Meeting. The 341 Meeting was held on 11/10/2011. Debtor Appeared; Joint Debtor Appeared; Counsel Appeared; 341 Meeting Concluded as to Debtor and Joint Debtor. (Englehart, Anthony) (Entered: 11/16/2011) |
| 11/14/2011 | 18 | Request for Special Notice Filed by Creditor Bank of America, N.A. (nkrs) (Entered: 11/14/2011) |
| 10/28/2011 | 17 | Certificate/Proof of Service (nkrs) (Entered: 10/28/2011) |
| 10/21/2011 | 16 | Request for Special Notice Filed by Creditor WELLS FARGO HOME MORTGAGE (gris) (Entered: 10/24/2011) |
| 10/21/2011 | 15 | Chapter 13 Plan (gris) (Entered: 10/21/2011) |
| 10/17/2011 | 14 | Request for Special Notice Filed by Creditor US Bank National Association (gris) (Entered: 10/18/2011) |
| 10/14/2011 | 13 | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin) (Entered: 10/16/2011) |

| | | |
|---|---|---|
| 10/14/2011 | | Notice of Requirement to Complete Course in Financial Management Course Certificate as transmitted to BNC for Service (Admin) (Entered: 10/14/2011) |
| 10/13/2011 | 12 | Certificate of Mailing of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/15/2011) |
| 10/13/2011 | 11 | Certificate of Mailing of Chapter 13 Meeting Notice as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/15/2011) |
| 10/13/2011 | 9 | Copy of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service (jrts) (Entered: 10/13/2011) |
| 10/13/2011 | 8 | Notice of Commencement of Case Under Chapter 13, Meeting of Creditors and Deadlines as transmitted to BNC for service. Meeting of Creditors to be held on 11/10/2011 at 09:00 AM at U.S. District Court - Redding. Proofs of Claim due by 2/8/2012. (Hughes, Anne) (Entered: 10/13/2011) |
| 10/11/2011 | 6 | Order Re: Chapter 13 Plan Payments, Adequate Protection Payments, and Employer Payment Advices (dhes) (Entered: 10/11/2011) |
| 10/11/2011 | 3 | Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed. (dhes) (Entered: 10/11/2011) |
| 10/11/2011 | 2 | Designation of Trustee (auto) (Entered: 10/11/2011) |
| 10/10/2011 | | Chapter 13 Voluntary Petition (Filing Fee Paid: $274.00, Receipt Number: 2-11-34050) (auto) (Entered: 10/11/2011) |
| 10/10/2011 | 7 | Rights and Responsibilities of Chapter 13 Debtors and their Attorneys (auto) (Entered: 10/11/2011) |
| 10/10/2011 | 5 | Statement of Social Security Number(s) (dhes) (Entered: 10/11/2011) |
| 10/10/2011 | 4 | Master Address List (auto) (Entered: 10/11/2011) |
| 10/10/2011 | 1 | Chapter 13 Voluntary Petition. Missing Document(s): Chapter 13 Plan; Document(s) due by 10/24/2011. (Entered: 10/11/2011) |
| 10/10/2011 | | Case participants added via Case Upload. (Entered: 10/11/2011) |

## PACER Service Center
### Transaction Receipt

08/31/2020 08:23:10

| PACER Login: | dgandl:com:2535591:0 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 11-44255 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 15 | Cost: | 1.50 |