CLOSED

## U.S. Bankruptcy Court
## Eastern District of California (Sacramento)
## Bankruptcy Petition #: 16-23904

| | |
|---|---|
| Assigned to: Hon. Michael S. McManus | Date filed: 06/16/2016 |
| Chapter 7 | Date converted: 04/28/2017 |
| Previous chapter 13 | Date terminated: 07/23/2018 |
| Original chapter 13 | Debtor discharged: 08/23/2017 |
| Voluntary | Joint debtor discharged: 08/23/2017 |
| Asset | 341 meeting: 06/21/2017 |
| | Deadline for objecting to discharge: 08/21/2017 |
| | Deadline for financial mgmt. course (db): 09/26/2016 |
| | Deadline for financial mgmt. course (jdb): 09/26/2016 |

Debtor disposition: Standard Discharge
Joint debtor disposition: Standard Discharge

**Debtor**
John Joseph Butler, III
19649 Indian Creek
Cottonwood, CA 96022
SHASTA-CA
SSN / ITIN: xxx-xx-3410
dba Butler Does It

represented by **Nikki Farris**
2607 Forest Ave., Ste. 120
Chico, CA 95928
530-898-1488

**Joint Debtor**
Sandra Elaine Butler
10260 Camino Ruiz #69
San Diego, CA 92126
SHASTA-CA
530-276-5405
SSN / ITIN: xxx-xx-0788

represented by **Nikki Farris**
(See above for address)

**Trustee**
Jan P. Johnson
PO Box 1708
Sacramento, CA 95812
916-239-6666
TERMINATED: 04/27/2017

**Trustee**
Michael P. Dacquisto
PO Box 493310
Redding, CA 96049-3310
530-244-6007

**U.S. Trustee**
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2020 | 101 (1 pg) | On 05/05/2020, an electronic notification sent to Jason C. Kolbe at bknotice@rcolegal.com was returned to the Court as undeliverable. As a result, the Clerks Office deleted this email from our e-Filing system, and, on 05/08/2020, mailed the attached letter to Jason C. Kolbe at his/her primary postal address. (admin) (Entered: 05/08/2020) |
| 07/25/2018 | 100 (2 pgs) | Certificate of Mailing of Final Decree as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/25/2018) |
| 07/23/2018 | 99 (1 pg) | Bankruptcy case closed. Final Decree as transmitted to BNC for Service. (bres) (Entered: 07/23/2018) |
| 06/27/2018 | 98 (3 pgs) | Order Granting in part, Dismissing in part 83 Motion/Application for Relief from Stay [AP-1] (isaf) (Entered: 06/27/2018) |
| 06/26/2018 | 97 (2 pgs) | Certificate/Proof of Service of Proposed Order Re: 83 Motion for Relief from Automatic Stay [AP-1] (isaf) (Entered: 06/26/2018) |
| 06/25/2018 | 96 (2 pgs) | Civil Minutes -- Motion Dismissed as moot in part, Granted in part Re: 83 - Motion for Relief from Automatic Stay [AP-1] (admin) (Entered: 06/26/2018) |
| 06/17/2018 | 95 (3 pgs) | Certificate of Mailing of Notice of Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged Combined with Order Fixing Deadline for Filing Objections Thereto as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/17/2018) |
| 06/15/2018 | 94 (1 pg) | Notice of Filing Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged Combined with Order Fixing Deadline for Filing Objections Thereto as Transmitted to BNC for Service (admin) (Entered: 06/15/2018) |

**EXHIBIT L**

| Date | Doc # | Description |
|---|---|---|
| 06/15/2018 | (16 pgs) | Chapter 7 Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee Michael P. Dacquisto. The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged. Filed by U.S. Trustee. (Wong, Yung Nor) (Entered: 06/15/2018) |
| 05/27/2018 | 92 (3 pgs) | Certificate of Mailing of Notice of Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged Combined with Order Fixing Deadline for Filing Objections Thereto as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/27/2018) |
| 05/25/2018 | 91 (1 pg) | Notice of Filing Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged Combined with Order Fixing Deadline for Filing Objections Thereto as Transmitted to BNC for Service (Wong, Yung Nor) (Entered: 05/25/2018) |
| 05/25/2018 | 90 (16 pgs) | Chapter 7 Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged filed on behalf of Trustee Michael P. Dacquisto. The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application of Trustee to be Discharged. Filed by U.S. Trustee. (Wong, Yung Nor) (Entered: 05/25/2018) |
| 05/18/2018 | | The Chapter 7 Trustee has no opposition to the 83 Motion for Relief from Automatic Stay [AP-1] Filed by Trustee Michael P. Dacquisto (Dacquisto, Michael) (Entered: 05/18/2018) |
| 05/15/2018 | 89 (2 pgs) | Certificate/Proof of Service of 83 Motion for Relief from Automatic Stay [AP-1], 84 Notice of Hearing, 85 Movant's Information Sheet (Section 362), 86 Declaration, 87 Memorandum of Points and Authorities, 88 Exhibit(s) (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | 88 (38 pgs) | Exhibit(s) in support of 83 Motion for Relief from Automatic Stay [AP-1] (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | 87 (5 pgs) | Memorandum of Points and Authorities in support of 83 Motion for Relief from Automatic Stay [AP-1] (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | 86 (4 pgs) | Declaration of Sasha L. Anderson in support of 83 Motion for Relief from Automatic Stay [AP-1] (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | 85 (1 pg) | Movant's Information Sheet (Section 362) Re: 83 Motion for Relief from Automatic Stay [AP-1] (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | | Motion Fee Paid ($181.00, Receipt Number: 340664, eFilingID: 6281204) (auto) (Entered: 05/15/2018) |
| 05/15/2018 | 84 (3 pgs) | Notice of Hearing Re: 83 Motion for Relief from Automatic Stay [AP-1] to be held on 6/25/2018 at 10:00 AM at Sacramento Courtroom 28, Department A. (isaf) (Entered: 05/15/2018) |
| 05/15/2018 | 83 (4 pgs) | Motion for Relief from Automatic Stay [AP-1] Filed by Creditor HSBC Bank USA, National Association (Fee Paid $181) (eFilingID: 6281204) (isaf) (Entered: 05/15/2018) |
| 04/06/2018 | 82 (3 pgs) | Declaration of Michael P. Dacquisto Re: 76 Trustee's Final Report (TFR) (bres) (Entered: 04/06/2018) |
| 01/03/2018 | 81 (1 pg) | Order for Compensation Filed by Trustee Michael P. Dacquisto (rpaf) (Entered: 01/03/2018) |
| 12/09/2017 | 80 (7 pgs) | Certificate of Mailing of Notice of Trustee's Final Report and Applications for Compensation as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/09/2017) |
| 12/09/2017 | 79 (3 pgs) | Certificate of Mailing of Order Fixing Deadline for Filing Objections to Trustee's Final Report and Applications for Final Compensation and/or Reimbursement of Expenses and Notice Thereof as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/09/2017) |
| 12/07/2017 | 78 (1 pg) | Order Fixing Deadline for Filing Objections to Trustee's Final Report and Applications for Final Compensation and/or Reimbursement of Expenses and Notice Thereof as Transmitted to BNC for Service (Gordon, Bob) (Entered: 12/07/2017) |
| 12/07/2017 | 77 (5 pgs) | Notice of Trustee's Final Report and Applications for Compensation (NFR) filed on behalf of Trustee Michael P. Dacquisto as transmitted to BNC for service. Filed by U.S. Trustee. (Gordon, Bob) (Entered: 12/07/2017) |
| 12/07/2017 | 76 (10 pgs) | Chapter 7 Trustee's Final Report, Application for Compensation and Applications for Compensation of Professionals filed on behalf of Trustee Michael P. Dacquisto. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by U.S. Trustee. (Gordon, Bob) (Entered: 12/07/2017) |
| 10/03/2017 | 75 (2 pgs) | Report of Sale/Return on Sale by Trustee (rpaf) (Entered: 10/03/2017) |
| 08/25/2017 | 74 (4 pgs) | Certificate of Mailing of Discharge of Debtor as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/25/2017) |
| 08/23/2017 | 73 (2 pgs) | Discharge of Debtor as Transmitted to BNC for Service (rpaf) (Entered: 08/23/2017) |
| 06/30/2017 | | Change of Address Submitted for Attorney Nikki Farris by e-Filing User Account Maintenance Utility. Address changed from: 45 Jan Ct. #175, Chico CA 95928 to: 2607 Forest Ave., Ste. 120, Chico CA 95928. (Entered: 07/01/2017) |
| 06/24/2017 | 72 (3 pgs) | Certificate of Mailing of Notice to File Claims as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/24/2017) |

| Date | Doc # | Description |
|---|---|---|
| 06/22/2017 | (1 pg) | Notice to Creditors to File Proof of Claim as Transmitted to BNC for Service Proofs of Claim due by 9/22/2017. (jfl0) (Entered: 06/22/2017) |
| 06/21/2017 | | Trustee's Notice of Assets and 341 Meeting Concluded. The 341 Meeting was held on 06/21/17. Debtor Appeared; Joint Debtor Appeared; Counsel of Record Appeared. (Dacquisto, Michael) (Entered: 06/21/2017) |
| 06/13/2017 | 70 (1 pg) | Order Approving Final Report and Discharging Trustee (rpaf) (Entered: 06/14/2017) |
| 06/12/2017 | 69 (7 pgs) | Notice of Intent of Intent to Sell Property (rpaf) (Entered: 06/12/2017) |
| 05/12/2017 | | Change of Address for Trustee Michael P. Dacquisto. Address changed from: PO Box 992631, Redding, CA 96099 to: PO Box 493310, Redding, CA 96049. (admin) (Entered: 05/12/2017) |
| 05/11/2017 | 68 (1 pg) | Change of Mailing Address, for Creditor Stewart Title Guaranty Co. (rpaf) (Entered: 05/11/2017) |
| 05/09/2017 | 67 (13 pgs) | Statement of Current Monthly Income Form 122A-1; Means Test Calculation Form 122A-2; Re: 56 Notice of Voluntary Conversion to Chapter 7 (rpaf) (Entered: 05/09/2017) |
| 05/05/2017 | 66 (6 pgs) | Certificate of Mailing of Trustee's Final Report and Account as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/05/2017) |
| 05/05/2017 | 65 (3 pgs) | Certificate of Mailing of Notice of Filing Chapter 13 Trustee's Final Report and Account and of Order Fixing Deadline for Objecting Thereto as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/05/2017) |
| 05/03/2017 | 64 (1 pg) | Notice of Filing Chapter 13 Trustee's Final Report and Account and of Order Fixing Deadline for Objecting Thereto as Transmitted to BNC for Service. (Admin) (Entered: 05/03/2017) |
| 05/03/2017 | 63 (4 pgs) | Trustee's Final Report and Account as transmitted to BNC for service. (Smith, Dwayne) (Entered: 05/03/2017) |
| 04/30/2017 | 62 (4 pgs) | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 04/30/2017) |
| 04/28/2017 | 61 (2 pgs) | Notice of Conversion as Transmitted to BNC for Service (rpaf) (Entered: 04/28/2017) |
| 04/28/2017 | 60 (2 pgs) | Notice to File Documents in Converted Case. (rpaf) (Entered: 04/28/2017) |
| 04/28/2017 | 59 (1 pg) | Notice of Appointment of Interim Trustee (rpaf) (Entered: 04/28/2017) |
| 04/27/2017 | 58 (1 pg) | Certificate/Proof of Service of 56 Notice of Voluntary Conversion to Chapter 7, 57 Declaration (rpaf) (Entered: 04/28/2017) |
| 04/27/2017 | 57 (2 pgs) | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 56 Notice of Voluntary Conversion to Chapter 7 (rpaf) (Entered: 04/28/2017) |
| 04/27/2017 | | Conversion Fee Paid ($25.00, Receipt Number: 329333, eFilingID: 6035795) (auto) (Entered: 04/28/2017) |
| 04/27/2017 | 56 (1 pg) | Notice of Voluntary Conversion to Chapter 7. Trustee Jan P. Johnson removed from the case, Trustee Michael P. Dacquisto Appointed, Meeting of Creditors to be held on 06/21/2017 at 09:00 AM at Redding Meeting Room. Last day to oppose discharge: 08/21/2017. (Fee Paid $25) (eFilingID: 6035795) (rpaf) (Entered: 04/28/2017) |
| 02/27/2017 | 55 (2 pgs) | Order Granting 48 Motion/Application for Relief from Stay [RCO-1] (lbef) (Entered: 02/27/2017) |
| 02/21/2017 | 54 (1 pg) | Civil Minutes -- Hearing/Motion Resolved Without Oral Argument Re: 48 Motion for Relief from Automatic Stay [RCO-1], 48 Motion/Application for Adequate Protection [RCO-1] GRANTED (shes) (Entered: 02/21/2017) |
| 01/24/2017 | 53 (2 pgs) | Certificate/Proof of Service of 48 Motion for Relief from Automatic Stay [RCO-1], 48 Motion/Application for Adequate Protection [RCO-1], 49 Notice of Hearing, 50 Declaration, 51 Movant's Information Sheet (Section 362), 52 Exhibit(s) (rpaf) (Entered: 01/24/2017) |
| 01/24/2017 | 52 (24 pgs) | Exhibit(s) in support of 48 Motion for Relief from Automatic Stay [RCO-1], 48 Motion/Application for Adequate Protection [RCO-1] (rpaf) (Entered: 01/24/2017) |
| 01/24/2017 | 51 (1 pg) | Movant's Information Sheet (Section 362) Re: 48 Motion for Relief from Automatic Stay [RCO-1] (rpaf) (Entered: 01/24/2017) |
| 01/24/2017 | 50 (3 pgs) | Declaration of Holley Chiaveratti in support of 48 Motion for Relief from Automatic Stay [RCO-1], 48 Motion/Application for Adequate Protection [RCO-1] (rpaf) (Entered: 01/24/2017) |
| 01/24/2017 | | Motion Fee Paid ($181.00, Receipt Number: 326020, eFilingID: 5967305) (auto) (Entered: 01/24/2017) |
| 01/24/2017 | 49 (2 pgs) | Notice of Hearing Re: 48 Motion for Relief from Automatic Stay [RCO-1], 48 Motion/Application for Adequate Protection [RCO-1] to be held on 2/21/2017 at 01:30 PM at Sacramento Courtroom 28, Department A. (rpaf) (Entered: 01/24/2017) |

| Date | Doc # | Description |
|---|---|---|
| 01/24/2017 | 49 (4 pgs) | Motion/Application for Adequate Protection [RCO-1] Filed by Creditor Federal National Mortgage Association (Fannie Mae) (rpaf) (Entered: 01/24/2017) |
| 01/24/2017 | 48 (4 pgs) | Motion for Relief from Automatic Stay [RCO-1] Filed by Creditor Federal National Mortgage Association (Fannie Mae) (Fee Paid $181) (eFilingID: 5967305) (rpaf) (Entered: 01/24/2017) |
| 01/18/2017 | 47 (1 pg) | Certificate of Service of Notice of Filed Claims. (Yates, Danielle) (Entered: 01/18/2017) |
| 01/18/2017 | 46 (16 pgs) | Notice of Filed Claims Filed by Chapter 13 Trustee. (Yates, Danielle) (Entered: 01/18/2017) |
| 10/27/2016 | 45 (1 pg) | Order Sustaining in part 25 Objection to Claim [NF-2] (bres) (Entered: 10/27/2016) |
| 10/25/2016 | 44 (2 pgs) | Order Granting 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] ; Service by the Deputy Clerk is not required. (jlns) (Entered: 10/25/2016) |
| 10/25/2016 | 44 (2 pgs) | Order Confirming Chapter 13 Plan [NF-1]. (jlns) (Entered: 10/25/2016) |
| 10/18/2016 | 43 (1 pg) | PDF with attached Audio File. These recordings are NOT the official record of any proceeding, and are provided as a convenience to the public. Instructions for ordering the official record may be found on the Court's website. Court Date & Time [ 10/17/2016 1:34:06 PM ], File Size [ 115 KB ], Run Time [ 00:00:57 ]. (admin). (Entered: 10/18/2016) |
| 10/17/2016 | 42 (1 pg) | Civil Minutes -- Hearing Held/Concluded Re: 25 Objection to Claim of Seterus, Inc., Claim Number 1 [NF-2] SUSTAINED IN PART (shes) (Entered: 10/18/2016) |
| 10/17/2016 | 41 (1 pg) | Civil Minutes -- Hearing Held/Concluded Re: 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] GRANTED (shes) (Entered: 10/18/2016) |
| 10/10/2016 | 40 (1 pg) | Financial Management Course Certificate(s) as to Joint Debtor (tjof) (Entered: 10/11/2016) |
| 10/10/2016 | 39 (1 pg) | Financial Management Course Certificate(s) as to Debtor (tjof) (Entered: 10/11/2016) |
| 09/27/2016 | 37 (2 pgs) | Certificate of Service of 35 Opposition [NF-1] Filed by Trustee Jan P. Johnson (Lopez, Elizabeth) (Entered: 09/27/2016) |
| 09/27/2016 | 36 (3 pgs) | Exhibit(s) Re: 35 Opposition [NF-1] (Lopez, Elizabeth) (Entered: 09/27/2016) |
| 09/27/2016 | 35 (2 pgs) | Opposition to 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] [NF-1] Filed by Trustee Jan P. Johnson (Lopez, Elizabeth) (Entered: 09/27/2016) |
| 09/26/2016 | 38 (3 pgs) | Certificate of Mailing of Notice of Intent to Close Chapter 13 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/28/2016) |
| 09/26/2016 | 34 (2 pgs) | Notice of Intent to Close Chapter 13 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 09/26/2016) |
| 09/16/2016 | 33 (3 pgs) | Request for Special Notice Filed by Creditor Wells Fargo Bank, N.A. (rpaf) (Entered: 09/16/2016) |
| 09/12/2016 | 32 (2 pgs) | Conditional Order Denying 13 Motion/Application to Dismiss Case [JPJ-1] (jflf) (Entered: 09/12/2016) |
| 09/12/2016 | 32 (2 pgs) | Order Sustaining 13 Objection to Confirmation of Plan [JPJ-1] (jflf) (Entered: 09/12/2016) |
| 09/07/2016 | 30 (1 pg) | Change of Address for Joint Debtor Sandra Elaine Butler (rpaf) (Entered: 09/07/2016) |
| 09/06/2016 | 31 (2 pgs) | Civil Minutes -- Hearing Held/Concluded Re: 13 Objection to Confirmation of Plan by Jan P. Johnson [JPJ-1], 13 Motion/Application to Dismiss Case [JPJ-1] SUSTAINED; CONDITIONALLY DENIED (shes) (Entered: 09/07/2016) |
| 09/01/2016 | 29 (2 pgs) | Certificate/Proof of Service of 25 Objection to Claim of Seterus, Inc., Claim Number 1 [NF-2], 26 Notice of Hearing, 27 Exhibit(s), 28 Declaration (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 28 (2 pgs) | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 25 Objection to Claim of Seterus, Inc., Claim Number 1 [NF-2] (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 27 (65 pgs) | Exhibit(s) to 25 Objection to Claim of Seterus, Inc., Claim Number 1 [NF-2] (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 26 (2 pgs) | Notice of Hearing Re: 25 Objection to Claim of Seterus, Inc., Claim Number 1 [NF-2] to be held on 10/17/2016 at 01:30 PM at Sacramento Courtroom 28, Department A. (rpaf) (Entered: 09/02/2016) |

| Date | Doc # | Description |
|---|---|---|
| 09/01/2016 | 25 (2 pgs) | Objection to Claim of Seterus, Inc. - Claim Number 1 [NF-2] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 24 (2 pgs) | Certificate Proof of Service of 23 Amended Modified Voluntary Petition, 23 Summary Schedule(s) Statement of Financial Affairs Disclosure (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 23 (21 pgs) | Amended Summary of Schedules/Assets and Liabilities Schedule D Schedule E/F Schedule I Schedule J Schedule J-2 Individual (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 23 (21 pgs) | Amended/Modified Re: 1 Voluntary Petition (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | | Amendment Fee Paid ($30.00, Receipt Number: 321938, eFilingID: 5875473) (auto) (Entered: 09/02/2016) |
| 09/01/2016 | 22 (2 pgs) | Amended Master Address List (Fee Paid $30) (eFilingID: 5875473) (rpaf) (Entered: 09/02/2016) |
| 09/01/2016 | 21 (4 pgs) | Certificate Proof of Service of 17 Motion/Application to Confirm Chapter 13 Plan [NF-1], 18 Amended Modified Plan, 19 Notice of Hearing, 20 Declaration (rpaf) (Entered: 09/01/2016) |
| 09/01/2016 | 20 (3 pgs) | Declaration of John Joseph Butler, III and Sandra Elaine Butler in support of 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] (rpaf) (Entered: 09/01/2016) |
| 09/01/2016 | 19 (2 pgs) | Notice of Hearing Re: 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] to be held on 10/17/2016 at 01:30 PM at Sacramento Courtroom 28, Department A. (rpaf) (Entered: 09/01/2016) |
| 09/01/2016 | 18 (6 pgs) | Amended/Modified Plan Re: 17 Motion/Application to Confirm Chapter 13 Plan [NF-1] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (rpaf) (Entered: 09/01/2016) |
| 09/01/2016 | 17 (2 pgs) | Motion/Application to Confirm Chapter 13 Plan [NF-1] Filed by Debtor John Joseph Butler III, Joint Debtor Sandra Elaine Butler (rpaf) (Entered: 09/01/2016) |
| 08/23/2016 | 16 (1 pg) | Certificate of Credit Counseling as to Joint Debtor (rpaf) (Entered: 08/23/2016) |
| 08/15/2016 | 15 (2 pgs) | Certificate Proof of Service of 13 Objection to Confirmation of Plan by Jan P. Johnson [JPJ-1], 13 Motion/Application to Dismiss Case [JPJ-1], 14 Notice of Hearing (crof) (Entered: 08/16/2016) |
| 08/15/2016 | 14 (2 pgs) | Notice of Hearing Re: 13 Objection to Confirmation of Plan by Jan P. Johnson [JPJ-1], 13 Motion/Application to Dismiss Case [JPJ-1] to be held on 9/6/2016 at 01:30 PM at Sacramento Courtroom 28, Department A. (crof) (Entered: 08/16/2016) |
| 08/15/2016 | 13 (3 pgs) | Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (crof) (Entered: 08/16/2016) |
| 08/15/2016 | 13 (3 pgs) | Objection to Confirmation of Plan by Jan P. Johnson [JPJ-1] Filed by Trustee Jan P. Johnson (crof) (Entered: 08/16/2016) |
| 08/12/2016 | | Report of Trustee at 341 Meeting. The 341 Meeting was held on 8/11/2016. Debtor Appeared; Joint Debtor Appeared; Counsel of Record Appeared; 341 Meeting Concluded as to Debtor and Joint Debtor. (Bruce, Karin) (Entered: 08/12/2016) |
| 07/21/2016 | 12 (8 pgs) | Certificate of Mailing of Chapter 13 Plan as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/23/2016) |
| 07/21/2016 | 11 (4 pgs) | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/23/2016) |
| 07/21/2016 | 10 (2 pgs) | Notice of Commencement of Case Under Chapter 13, Meeting of Creditors and Deadlines as transmitted to BNC for service. Meeting of Creditors to be held on 8/11/2016 at 01:30 PM at Redding Meeting Room. Proofs of Claim due by 11/9/2016. (Padilla, Angelina) (Entered: 07/21/2016) |
| 07/21/2016 | 9 (6 pgs) | Chapter 13 Plan as transmitted to BNC for service. (Padilla, Angelina) (Entered: 07/21/2016) |
| 07/05/2016 | doc (5 pgs) | Notice of Mortgage Payment Change with Certificate of Service Filed by Creditor Federal National Mortgage Association (Fannie Mae) (rpaf) (Entered: 07/05/2016) |
| 06/23/2016 | 8 (2 pgs) | Request for Special Notice Filed by Creditor RCO Legal, P.S. (rpaf) (Entered: 06/23/2016) |
| 06/16/2016 | 7 (3 pgs) | Rights and Responsibilities of Chapter 13 Debtors and their Attorneys (auto) (Entered: 06/16/2016) |
| 06/16/2016 | | Chapter 13 Voluntary Petition (Filing Fee Paid: $310.00, Receipt Number: 319376, eFilingID: 5820845) (auto) (Entered: 06/16/2016) |
| 06/16/2016 | 6 (1 pg) | Order Re: Chapter 13 Plan Payments, Adequate Protection Payments, and Employer Payment Advices (isaf) (Entered: 06/16/2016) |
| 06/16/2016 | 5 (6 pgs) | Chapter 13 Plan (auto) (Entered: 06/16/2016) |

| 06/16/2016 | 3 | Statement of Social Security Number(s) (rcsl) (Entered: 06/16/2016) |
| 06/16/2016 | 2 (4 pgs) | Master Address List (auto) (Entered: 06/16/2016) |
| 06/16/2016 | (1 pg) | Designation of Trustee (auto) (Entered: 06/16/2016) |
| 06/16/2016 | 1 (74 pgs) | Chapter 13 Voluntary Petition Individual. All Schedules and Statements filed. (Fee Paid $310.00) (eFilingID: 5820845) (Entered: 06/16/2016) |
| 06/16/2016 | | Case participants added via Case Upload. (Entered: 06/16/2016) |

### PACER Service Center
### Transaction Receipt

08/31/2020 08:24:48

| PACER Login: | dgandl:4on:2535591:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 16-23904 Fil or Em: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 7 | Cost: | 0.70 |