Fill in this information to identify your case:

Debtor 1     John Joseph Butler, III
First Name     Middle Name     Last Name

Debtor 2     Sandra Elaine Butler
(Spouse if, filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
|  | 1a. Copy line 55, Total real estate, from Schedule A/B............................... | $ 399,953.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B....................... | $ 27,072.05 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.............................. | $ 427,025.05 |

**Part 2:**    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|  | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 327,057.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|  | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ 3,436.76 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................ | $ 105,901.68 |
|  | **Your total liabilities** | $ 436,395.44 |

**Part 3:**    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................. | $ 4,389.62 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................... | $ 1,030.00 |

**Part 4:**    Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. What kind of debt do you have?

■ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box and submit this form to the court with your other schedules.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

EXHIBIT
page 1 of 2
M
Best Case Bankruptcy

1

8.   From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.     $     **3,480.34**

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 3,436.76 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | **3,436.76** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

2

| | | | |
|---|---|---|---|
| Debtor 1 | John Joseph Butler, III | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sandra Elaine Butler | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|

**19649 Indian Creek Dr.**
Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

■ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Cottonwood | CA | 96022-7792 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?**
$83,500.00

**Current value of the portion you own?**
$83,500.00

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Tehama**
County

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Two bedroom, two bath with 1,275 sqft. - Duplex. Value based on my personal knowledge and research with real estate agents**

1.2  If you own or have more than one, list here:

2256 Bald Rock Rd.

Street address, if available, or other description.

**What is the property?** Check all that apply

☒ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | |
|---|---|
| Berry Creek    CA    95916-0000 | Current value of the entire property? | Current value of the portion you own? |
| City            State      ZIP Code | $316,453.00 | $316,453.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Butte

County

☒ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

Two beds/two baths with 1,680 sqft.

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...................................................=>      **$399,953.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

☒ Yes

3.1  Make:    Chrysler
Model:   LX Sedan 4D
Year:    2012
Approximate mileage:              77,200
Other information:
KBB value in good condition.
VIN

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $9,212.00 | $9,212.00 |

3.2  Make:    Ford
Model:   Focus
Year:    2005
Approximate mileage:             209,000
Other information:
KBB value based on fair condition. Vehicle has front end damage.  VIN

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,862.00 | $1,862.00 |

| 3.3 | Make: | Jeep | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | CJ7 | ☐ Debtor 1 only | | |
| | Year: | 1984 | ☐ Debtor 2 only | | |
| | Approximate mileage: 300,000 | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Value based on nada.com. VIN ▓▓▓▓▓▓▓▓▓▓▓▓ | | ☑ Check if this is community property (see instructions) | $3,225.00 | $3,225.00 |

| 3.4 | Make: | Toyota | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | Pickup | ☐ Debtor 1 only | | |
| | Year: | 1990 | ☐ Debtor 2 only | | |
| | Approximate mileage: 173,000 | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Value based on nada.com. Vehicle needs tires, brakes, valve job and has transmission problems. VIN ▓▓▓▓▓▓▓▓▓▓▓ | | ☑ Check if this is community property (see instructions) | $1,325.00 | $1,325.00 |

| 3.5 | Make: | Ford | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | Ranger | ☐ Debtor 1 only | | |
| | Year: | 1992 | ☐ Debtor 2 only | | |
| | Approximate mileage: 123,000 | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Value based on nada.com and condition of the vehicle which is poor. VIN ▓▓▓▓▓▓▓▓▓▓ | | ☑ Check if this is community property (see instructions) | $300.00 | $300.00 |

| 3.6 | Make: | Suzuki | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | DRZ400SK7 | ☐ Debtor 1 only | | |
| | Year: | 2007 | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Value based on nada.com plus conditon of the motorcycle. It does not run, has a broken case and leaks oil. VIN ▓▓▓▓▓▓▓▓▓▓▓ | | ☑ Check if this is community property (see instructions) | $800.00 | $800.00 |

| 3.7 | Make: | Kawasaki | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | KZ650-B2 650 | ☐ Debtor 1 only | | |
| | Year: | 1978 | ☐ Debtor 2 only | | |
| | Approximate mileage: 78,300 | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Value based on nada.com and conditon of the motorcycle. It is in poor condition and has not run in 20 years. VIN ▓▓▓▓▓▓▓▓▓▓ | | ☑ Check if this is community property (see instructions) | $500.00 | $500.00 |

| 3.8 | Make: | Sunbeam | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | Alpine | ☐ Debtor 1 only | | |
| | Year: | 1963 | ☐ Debtor 2 only | | |
| | Approximate mileage: | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Poor condition because it does not run. | | ☑ Check if this is community property *(see instructions)* | $3,000.00 | $3,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

| 4.1 | Make: | Klamath & Valco | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | | |
| | Year: | 1976 & 1988 | ☐ Debtor 2 only | | |
| | | | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Motors | | ☑ Check if this is community property *(see instructions)* | $1,600.00 | $1,600.00 |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>  $21,824.00

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

   Household goods and furnishings with no single item valued at more than $650.00.    $450.00

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

   Two laptops and printer    $350.00

8. Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

   Pictures, crystal items    $400.00

9.  Equipment for sports and hobbies
    *Examples:* Sports, photographic. exercise, and other hobby equipment; bicycles. pool tables. golf clubs, skis; canoes and kayaks: carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. Firearms
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. Clothes
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

                    Two adults clothing                                                                      $500.00

12. Jewelry
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

                    Costume jewelry plus rings and necklace.                                                 $600.00

13. Non-farm animals
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

                    One dog and one cat.  No cash value.                                                      $0.00

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..................................................................      $2,300.00

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                      Current value of the
                                                                                                portion you own?
                                                                                                Do not deduct secured
                                                                                                claims or exemptions.

16. Cash
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..................................................................................................

                                                            Cash on hand                                    $20.00

17. Deposits of money
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes..................                                  Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking Account #2296. | Wells Fargo Bank | $883.33 |
| 17.2. | Checking Account #4559. Negative balance $26.53 | Capital One | $0.00 |
| 17.3. | Savings Account #2603 | Capital One | $21.41 |
| 17.4. | Savings Account #0663. | Wells Fargo Bank | $504.35 |
| 17.5. | Brokerage Account #7708. | Wells Fargo Bank | $263.34 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................        Institution or issuer name:

   **AirSpan Network - 58 shares**                                                              $348.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
                    Name of entity:                          % of ownership:

   **"Butler Does It" - business assets (see attached balance sheet)**                  %          $907.62

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes. .............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No

☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit
■ No
☐ Yes. Give specific information about them...

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

27. Licenses, franchises, and other general intangibles
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. Tax refunds owed to you
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. Family support
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. Other amounts someone owes you
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. Interests in insurance policies
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
                Company name:                              Beneficiary:                  Surrender or refund
                                                                                          value:

32. Any interest in property that is due from someone who has died
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
■ No
☐ Yes. Give specific information..

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
■ No
☐ Yes. Describe each claim......

35. Any financial assets you did not already list
☐ No
■ Yes. Give specific information..

|  |  |
|---|---|
| Vilora C. Wilson Trust - debtor is an income beneficiary and is NOT entitled to principal now or in the future and has no rights to sell or transfer his limited life income interest. (see attached letter) | $0.00 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................    $2,948.05

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .......................................    $0.00

**Part 8:**    List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ..................................................................................................... | | | $399,953.00 |
| 56. Part 2: Total vehicles, line 5 | $21,824.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $2,300.00 | | |
| 58. Part 4: Total financial assets, line 36 | $2,948.05 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | +    $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $27,072.05 | Copy personal property total | $27,072.05 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $427,025.05 |

 



THE 2016 CHRYSLER 200 — 2.4L Tigershark MultiAir II four cylinder engine

Advertisement

# 2012 Chrysler 200
# Pricing Report



**Style:** LX Sedan 4D
**Mileage:** 77,200

Sell To Private Party

Private Party Value $3,213





Private Party Values valid for your area through 5/19/2016

## Vehicle Highlights

**Fuel Economy:**
City 19/Hwy 29/Comb 22 MPG

**Doors:** 4

**Drivetrain:** FWD

**EPA Class:** Midsize Cars

**Country of Origin:** United States

**Max Seating:** 5

**Engine:** V6, Flex Fuel, 3.6 Liter

**Transmission:** Automatic, 6-Spd w/Overdrive & AutoStick

**Body Style:** Sedan

**Country of Assembly:** United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
✓ V6, Flex Fuel, 3.6 Liter
**Transmission**
✓ Automatic, 6-Spd w/Overdrive &
 AutoStick
**Drivetrain**
 FWD
**Braking and Traction**
 ABS (4-Wheel)

**Comfort and Convenience**
 Air Conditioning
 Power Windows
 Power Door Locks
 Cruise Control
**Steering**
 Power Steering
 Tilt & Telescoping Wheel
**Entertainment and Instrumentation**
 AM/FM Stereo
 MP3 (Single Disc)
**Safety and Security**
 Dual Air Bags
 Side Air Bags

**Seats**
✓ Power Seat
**Wheels and Tires**
✓ Alloy Wheels
**Exterior Color**
✓ Gray

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having









Get as low as [illegible] for 60 mos
on a 2016 FR-S

Advertisement



# 2005 Ford Focus Pricing Report

*FRONT END $6300*
*DOABLE*

**Style:** ZX5 SE Hatchback 4D
**Mileage:** 209,000



Sell To Private Party

Private Party value [illegible]
$3,862



## Vehicle Highlights

| | |
|---|---|
| Fuel Economy: City 22/Hwy 29/Comb 25 MPG | Max Seating: 5 |
| Doors: 4 | Engine: 4-Cyl, 2.0 Liter |
| Drivetrain: FWD | Transmission: Automatic |
| EPA Class: Compact Cars | Body Style: Hatchback |
| Country of Origin: United States | Country of Assembly: Mexico |



Private Party Values valid for your area through 5/19/2016

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car

**Engine**
4-Cyl, 2.0 Liter
**Transmission**
Automatic
**Drivetrain**
FWD

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks
✓ Cruise Control
**Steering**
Power Steering
**Entertainment and Instrumentation**
AM/FM Stereo
CD (Single Disc)

**Safety and Security**
Dual Air Bags
**Wheels and Tires**
Steel Wheels
**Exterior Color**
✓ Silver

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.


Kelley Blue Book The Trusted Resource

Advertisement

*ROLLED #500 TO JYARD*

# 1992 Ford Ranger Super Cab
# Pricing Report

**Sell To Private Party**

Private Party Value

Style: Custom
Mileage: 120,000





Private Party Values valid for your area through
5/19/2016

## Vehicle Highlights

Fuel Economy:
City 15/Hwy 19

Doors: 2

Drivetrain: 2WD

EPA Class: Small Pickup Trucks

Country of Origin: United States

Max Seating: 3

Engine: V6, 4.0 Liter

Transmission: Automatic

Body Style: Pickup

Country of Assembly: United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
✓ V6, 4.0 Liter
**Transmission**
✓ Automatic
**Drivetrain**
2WD
**Accessory Packages**
✓ STX

**Comfort and Convenience**
✓ Air Conditioning
✓ Sliding Rear Window
**Steering**
✓ Power Steering
**Entertainment and Instrumentation**
AM/FM Stereo
✓ Cassette
**Cargo and Towing**
✓ Bed Liner

**Wheels and Tires**
✓ Alloy Wheels
**Exterior Color**
✓ Burgundy

## Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.



# NADAguides Price Report

5/16/2016

*NEEDS: TIRES*
*BRAKES*
*E-BRAKE*

# 1990 Toyota Pickup *VALVE JOB*
*TRANNY REBUILD*



• • ○

## Values



|  | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| Base Price | $7,998 | $1,325 | $2,525 | $3,275 |
| **TOTAL PRICE:** | $7,998 | $1,325 | $2,525 | $3,275 |

#### Value Explanations

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown. **Original MSRP**
Manufacturer Suggested Retail Price

**Low Retail Value**
This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Mostly usable "as-is". This column does **not** represent a "parts car"

Note: Some of the vehicles in this publication could be considered "Daily Drivers" and are not valued as a classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.

**Average Retail Value**
This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim and mechanics are presentable and serviceable inside and out. A "20-footer".

**High Retail Value**
This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim and mechanics are not in need of reconditioning. The interior would be in excellent condition. Some vehicles may be considered "matching numbers" vehicles.

Note: This column does **not** represent a "100 Point" or "# 1" vehicle *

* A "100 Point" or "# 1" vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concours judging and car shows. This type of car would be stored in a climate regulated facility.

© Copyright 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved



# NADAguides Price Report
## 5/15/2016

# 1984 Jeep Corporation (AMC) CJ7

Jeep 4X4

## Values v.v.



| | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **Base Price** | $7,563 | $3,225 | $7,150 | $11,450 |
| **Options:** [add] | | | | |
| **TOTAL PRICE:** | $7,563 | $3,225 | $7,150 | $11,450 |

### Value Explanations

Prices shown are retail consumer values and to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown. **Original MSRP**
Manufacturer Suggested Retail Price

**Low Retail Value**
This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Mostly usable "as-is". This column does **not** represent a "parts car".

**Note:** Some of the vehicles in this publication could be considered "Daily Drivers" and are not valued as a classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.

**Average Retail Value**
This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim and mechanics are presentable and serviceable inside and out. A "20-footer".

**High Retail Value**
This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim and mechanics are not in need of reconditioning. The interior would be in excellent condition. Some vehicles may be considered "matching numbers" vehicles.

**Note:** This column does **not** represent a "100 Point" or "# 1" vehicle".

" A "100 Point" or "# 1" vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concours judging and car shows. This type of car would be stored in a climate regulated facility

© Copyright 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.



# NADAguides Price Report
## 5/15/2016

## 2007 Suzuki
DR-Z400SK7

*CASE BROKE - LEAKS OIL*
*DOES NOT RUN*

*HAVE NOT BEEN ABLE TO*
*SELL FOR 2YRS $1800.~* ?

## Values

| | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| Base Price | $5,599 | $2,810 | $3,695 |
| Options: (add) | | | |
| **TOTAL PRICE:** | $5,599 | $2,810 | $3,695 |

### Value Explanations

Prices shown are retail consumer values and are to be considered as selling prices. Trade-in values are to be determined by local dealers and are generally lower than values shown.

**Suggested List** — The manufacturer's (distributors) highest suggested list price in the U.S.A. when the unit was new. Unless indicated, the suggested list price does not include destination charges, dealer set-up, state or local taxes, license tags or insurance.

**Low Retail Value** — A low retail unit may have extensive wear and tear. Body parts may have dents and blemishes. The buyer can expect to invest in cosmetic and/or mechanical work. This vehicle should be in safe running order. Low retail vehicles usually are not found on dealer lots. Low Retail is not trade-in value.

**Average Retail Value** — An average retail unit should be clean without obvious defects. All rubber and cables should be in good condition. The paint should match and have a good finish. All lights and switches should work properly. The mileage should be within or slightly higher than the average range. This unit should also pass any emission inspection.

© Copyright 2016 National Appraisal Guides, Inc., all rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2016, all rights reserved.



# NADAguides Price Report
### 5/15/2016

*HAS NOT RUN IN 20 YEARS.*

## 1978 Kawasaki
### KZ650/B2 650



## Values *I/N*

| | |
|---|---|
| Excellent | $3,100 |
| Very Good | $1,685 |
| Good | $1,030 |
| Fair | $505 |
| Poor | N/A |

### Value Explanations

Prices shown are retail consumer values and to be considered as selling prices.

**Excellent** — A very correct and original (even if it shows the patina of its age) or an exceptionally well-restored motorcycle. This category is reserved for concours or show quality machines only, in which everything on the machine is fully functional and operates as new. All equipment is original, new old stock (NOS) factory replacements or uses of excellent quality reproductions parts.

* Over restored machines (custom paint, over polishing or chroming) do not fit in this category as those activities detracts from the originality of the machine.

**Very Good** — A very presentable, original motorcycle that may show signs of minimal wear or a fully (mechanically and cosmetically) restored motorcycle that does not meet concours standards, perhaps due to the age of the restoration or overall quality. All systems are fully operational and the machine is not in need of repairs.

* Most non-professionally restored done correctly would fit in this category.

**Good** — A machine in nice condition for its age that may need some minor mechanical attention and cosmetic rejuvenation to be a "good rider". Bikes in this category generally look used but are still usable, whether it is for dirt or street use. Frames should be straight and unaltered.

* The replacement of tires, tubes, brakes, chain, sprockets, air filters and other minor parts should be anticipated.

**Fair** — A motorcycle that is worthy care for restoration. This would exclude machines with major frame and engine modifications that would be cost prohibitive to return to original specifications. All mechanical and cosmetic aspects of the machine will need attention in the restoration process. This is a complete motorcycle with most if not all of its body, engine and suspension components intact, albeit in poor condition.

* Motorcycles with missing engines or major components are commonly referred to as "parts bikes" and are not covered in this category.

**Poor** — Used for Harley-Davidson and Indian motorcycles only. A poor condition motorcycle has been used and abused and needs major mechanical and/or sheet metal work. It may or may not run. Alterations are evident to frame or sheet metal. Motorcycle is missing or has incorrect parts, i.e. fenders, tank, seat, mechanics, installed. To some individuals this is a "project or parts bike" at best. A #5 motorcycle is one best left to the professional for restoration.

### "Rule of Thumb"

1. Stated prices are retail and a point of reference for buyer and seller
2. Price applies to regions of the United States with average activity
3. Be sure condition level is accurately matched as described in the above Condition Guidelines.



/ Alpine / Ad #1778573

## 1965 Sunbeam Alpine for Sale

# $3,000

1

**Location**

Neenah, Wisconsin 54956

**Description:** SUNBEAM 1965 Alpine Series IV roadster blue/blue, in dry storage for 40 years, complete car, ran when parked, motor turns over, lights work, clean title. $3,000; call for honest description. 920-875-0018, WI
**Price:** $3,000

MINE DOES NOT RUN

Add to Favorites

**Ship this vehicle to your door**

Enter Zip

Powered by MONTWAY
AUTO TRANSPORT

**Get new listings like this via email**

Email Address

Receive an alert whenever a Sunbeam Alpine
is added to our classifieds

**Insurance Cost Calculator**

Get Insurance Quote

Powered by Hagerty Insurance

SPONSORED CONTENT



**ACADIA TRUST** N.A.

Trustees and Investment Advisors

June 14, 2016

RE:     Vilora C. Wilson Trust #████████ dtd February 26, 1996
        Camden National Bank, N.A. (Successor to Union Trust Co.), Trustee
        Nature of Interest Held by John J. Butler III

To Whom It May Concern:

Camden National Bank, N.A. (Successor by Merger to Union Trust Co.) serves as sole corporate trustee of the above-referenced trust created by Grantor Vilora C. Wilson in 1996. Mrs. Wilson is deceased. We are writing on behalf of and at the request of John J. Butler III to describe the nature of his interest in this irrevocable trust.

John J. Butler has a beneficial interest in the trust and is one of four life income beneficiaries. The beneficiaries are entitled to only net income. These current beneficiaries are not entitled to principal now or in the future and have no right to sell or transfer their limited life income interest.

Upon the death of last of the four individual income beneficiaries, the principal of the trust is to be directed to a scholarship fund.

Mr. Butler receives his share of net income semi-annually and typical income to him annually totals between $600 and $700 based on the varying interest and dividends earned by the trust investments.

Sincerely,

Marsha Osgood Connors, JD, CTFA I   Vice President & Senior Trust Officer
Acadia Trust, N.A. a division of Camden National Bank, N.A.
P.O. Box 807
Ellsworth, ME  04605
(207) 610-1969 (Tel)

5 MILK STREET, 1ST FLOOR, PORTLAND, MAINE  04101  •  TELEPHONE (207) 774-3333
66 MAIN STREET, P.O. BOX 807, ELLSWORTH, MAINE  04605  •  TELEPHONE (207) 667-4930

19

| Butler Does IT 19649 Indian Creek Drive Cottonwood, Ca. 96022 | | | | |
|---|---|---|---|---|
| Assets | | Liabilities | | |
| Accounts Receivable | $ 96.15 | Notes payable | $ | - |
| Cash | $ 33.47 | Accounts payable | $ | - |
| Tools | $ 700.00 | Total liabilities | | |
| Supplies | $ 78.00 | Owners' equity | $ | - |
| Total | $ 907.62 | Total | $ | - |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | John Joseph Butler, III | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sandra Elaine Butler | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 19649 Indian Creek Dr. Cottonwood, CA 96022-7792 Tehama County Two bedroom, two bath with 1,275 sqft. - Duplex. Value based on my personal knowledge and research with real estate agents<br>Line from *Schedule A/B*: **1.1** | $83,500.00 | ■<br>☐ | $83,500.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2012 Chrysler LX Sedan 4D 77,200 miles<br>KBB value in good condition. VIN #1C3CCBBGCN256360<br>Line from *Schedule A/B*: **3.1** | $9,212.00 | ■<br>☐ | $1,734.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 2005 Ford Focus 209,000 miles KBB value based on fair condition. Vehicle has front end damage. VIN #3FAFP37N45R132443<br>Line from *Schedule A/B*: **3.2** | $1,862.00 | ■<br>☐ | $1,862.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| 1984 Jeep CJ7 300,000 miles Value based on nada.com. VIN #1JCCM87A0ET034622<br>Line from *Schedule A/B*: **3.3** | $3,225.00 | ■<br>☐ | $3,225.00<br>100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Debtor 1    John Joseph Butler, III
Debtor 2    Sandra Elaine Butler

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1990 Toyota Pickup 173,000 miles Value based on nada.com.  Vehicle needs tires, brakes, valve job and has transmission problems. VIN #JT4RN01P2L7039916<br>Line from *Schedule A/B*: 3.4 | $1,325.00 | ■ $1,316.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| 1992 Ford Ranger 123,000 miles Value based on nada.com and condition of the vehicle which is poor.  VIN #1FTCR14X3NPB05260<br>Line from *Schedule A/B*: 3.5 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Household goods and furnishings with no single item valued at more than $650.00.<br>Line from *Schedule A/B*: 6.1 | $450.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Two laptops and printer<br>Line from *Schedule A/B*: 7.1 | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Pictures, crystal items<br>Line from *Schedule A/B*: 8.1 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Two adults clothing<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Costume jewelry plus rings and necklace.<br>Line from *Schedule A/B*: 12.1 | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking Account #2296.: Wells Fargo Bank<br>Line from *Schedule A/B*: 17.1 | $883.33 | ■ $883.33<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| "Butler Does It" - business assets (see attached balance sheet)<br>Line from *Schedule A/B*: 19.1 | $907.62 | ■ $907.62<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

3.  Are you claiming a homestead exemption of more than $160,375?
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No
        ☐  Yes

| | | |
|---|---|---|
| Debtor 1 | John Joseph Butler, III | |
| | First Name — Middle Name — Last Name | |
| Debtor 2 | Sandra Elaine Butler | |
| (Spouse, if filing) | First Name — Middle Name — Last Name | |

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** Wells Fargo Dealer Services | Describe the property that secures the claim: | $7,478.00 | $9,212.00 | $0.00 |

Creditor's Name

2012 Chrysler LX Sedan 4D 77,200 miles
KBB value in good condition.   VIN ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Po Box 3569
Rancho Cucamonga, CA 91729

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Nature of lien. Check all that apply.

Who owes the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Purchase Money Security

Opened 2/01/15
Last Active 3/09/16

Date debt was incurred                Last 4 digits of account number      6012

| 2.2 Wells Fargo Home Mtg | Describe the property that secures the claim: | $319,579.00 | $316,453.00 | $3,126.00 |
|---|---|---|---|---|

Creditor's Name

Written Correspondence Resolutions
Mac#X2302-04e Po Box 10335
Des Moines, IA 50306

Number, Street, City, State & Zip Code

2256 Bald Rock Rd. Berry Creek, CA 95916 Butte County
Two beds/two baths with 1,680 sqft.
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Nature of lien. Check all that apply.

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Official Form 106D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

| Debtor 1 | John Joseph Butler, III | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Sandra Elaine Butler | | | | |
| | First Name | Middle Name | Last Name | | |

☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage

| | Opened<br>7/31/06<br>Last Active | | |
|---|---|---|---|
| Date debt was incurred | 7/01/11 | Last 4 digits of account number | 1989 |

Add the dollar value of your entries in Column A on this page. Write that number here:     $327,057.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     $327,057.00

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debtc in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code

**First American Title Insurance Company**
6 Campus Cir.
Bldg 6, 1st Floor
Westlake, TX 76262

On which line in Part 1 did you enter the creditor?   2.2

Last 4 digits of account number   0306

| Debtor 1 | **John Joseph Butler, III** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sandra Elaine Butler** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

  ☐ No. Go to Part 2

  ■ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**
Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number **3410**   $2,600.00   $2,600.00   $0.00

When was the debt incurred?    **2013 and 2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of PRIORITY unsecured claim:

■ Check if this claim is for a  community debt

☐ Domestic support obligations

Is the claim subject to offset?

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**2.2** **Tehama County Tax Collector**
Priority Creditor's Name
**PO Box 796**
**Red Bluff, CA 96080**
Number Street City State Zip Code

Last 4 digits of account number **5000**   $836.76   $836.76   $0.00

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of PRIORITY unsecured claim:

■ Check if this claim is for a  community debt

☐ Domestic support obligations

Is the claim subject to offset?

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify   **Property tax**

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| | | |
|---|---|---|

4.1   **AMCA/Amer Medical Collection Agency**
Nonpriority Creditor's Name
**4 Westchester Plaza
Suite 110
Elmsford, NY 10523**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    7674    $115.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

4.2   **American Medical Collections Agency**
Nonpriority Creditor's Name
**PO Box 1235
Elmsford, NY 10523-0935**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    5521    $115.28

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical**

4.3    **Bank Of America**
Nonpriority Creditor's Name

Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number    7199          $3,878.00

Opened  1/10/08  Last Active
When was the debt incurred?    4/08/10

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

4.4    **CA Emer Phys Med**
Nonpriority Creditor's Name

PO Box 582663
Modesto, CA 95358
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number    8682          $151.35

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Medical

---

4.5    **Capital One**
Nonpriority Creditor's Name

Po Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number    6133          $318.00

Opened 10/01/13  Last Active
When was the debt incurred?    3/22/16

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit Card

---

**4.6**   **Capital One Bank**
Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

$258.24

**4.7**   **Envision Health Care**
Nonpriority Creditor's Name
**American Medical Response**
**50 South Main St., Suite 401**
**Akron, OH 44308-1829**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   0001

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **American Medical Response**

$2,491.29

**4.8**   **Gate Stone Collections**
Nonpriority Creditor's Name
**455 N 3rd. St., Ste. 260**
**Phoenix, AZ 85004**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection for AT&T**

$934.77

| | | |
|---|---|---|
| 4.9 | **Grant & Weber** | Last 4 digits of account number   8262 | $128.81 |

Nonpriority Creditor's Name
PO Box 8669
Calabasas, CA 91372-8669
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other, Specify

---

| | | |
|---|---|---|
| 4.10 | **Internal Revenue Service** | Last 4 digits of account number   3410 | $8,700.00 |

Nonpriority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**   2012

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other, Specify

---

| | | |
|---|---|---|
| 4.11 | **Lassen Medical Group** | Last 4 digits of account number   5005 | $99.91 |

Nonpriority Creditor's Name
2450 SR Mary Columba Drive
Red Bluff, CA 96080-4356
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other, Specify   **Medical**

---

| 4.1 2 | Lassen Medical Group, Inc. | Last 4 digits of account number   0692 | $137.11 |

Nonpriority Creditor's Name
PO Box 15334
Belfast, ME 04915
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical**

| 4.1 3 | Lassen Medical Group, Inc. | Last 4 digits of account number   6164 | $45.00 |

Nonpriority Creditor's Name
2450 Sister Mary Columba Drive
Red Bluff, CA 96080
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical**

| 4.1 4 | Medical Doctors Imaging, Inc. | Last 4 digits of account number   9525 | $86.55 |

Nonpriority Creditor's Name
PO Box 492080
Redding, CA 96049-2080
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical**

| 4.1 5 | **Mercy Medical Center/Dignity Health** | Last 4 digits of account number    4122 | $3,619.74 |

Nonpriority Creditor's Name
PO Box 743384
Los Angeles, CA 90074-3384
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Medical

| 4.1 6 | **Mike Hutton CPA** | Last 4 digits of account number | $1,110.00 |

Nonpriority Creditor's Name
**2227 Myers St., Suite A**
**Oroville, CA 95966**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

| 4.1 7 | **PG&E** | Last 4 digits of account number    2418 | $1,400.00 |

Nonpriority Creditor's Name
PO Box 997300
Sacramento, CA 95899-7300
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Utilities

| | |
|---|---|
| **4.1 8** | |

### Regional Radiological Asc
Nonpriority Creditor's Name
PO Box 492080
Redding, CA 96001
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   0692

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical

$124.08

---

| | |
|---|---|
| **4.1 9** | |

### Seterus Inc
Nonpriority Creditor's Name

14523 Sw Millikan Way St
Beavertton, OR 97005
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   1855

When was the debt incurred?   **Opened 11/01/02  Last Active 7/01/11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

$76,640.65

---

| | |
|---|---|
| **4.2 0** | |

### Sierra Receivables Mgm
Nonpriority Creditor's Name
Po Box 494070
Redding, CA 96049
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   6178

When was the debt incurred?   **Opened 12/01/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Medical Doctors Imaging**

$719.20

---

| 4.2 1 | **Sierra Receivables Mgm** | | $293.42 |
|---|---|---|---|

**Sierra Receivables Mgm**
Nonpriority Creditor's Name
**Po Box 494070**
**Redding, CA 96049**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    5010

When was the debt incurred?    **Opened 11/01/15**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection Attorney Timothy Frantz  Md Inc.**

---

| 4.2 2 | **Sierra Receivables Mgm** | | $271.00 |
|---|---|---|---|

**Sierra Receivables Mgm**
Nonpriority Creditor's Name
**Po Box 494070**
**Redding, CA 96049**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    4500

When was the debt incurred?    **Opened  2/01/14**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection Attorney Ian Grady  Md**

---

| 4.2 3 | **Sierra Receivables Mgm** | | $238.00 |
|---|---|---|---|

**Sierra Receivables Mgm**
Nonpriority Creditor's Name
**Po Box 494070**
**Redding, CA 96049**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    8525

When was the debt incurred?    **Opened  1/01/16**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection Attorney Timothy Frantz Md Inc.**

---

| | | |
|---|---|---|
| 4.2 4 | **Sierra Receivables Mgm** | $221.20 |

Nonpriority Creditor's Name
**Po Box 494070**
**Redding, CA 96049**
Number Street City State Zip Code

Last 4 digits of account number   1749

When was the debt incurred?   **Opened  2/01/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Attorney Regional Radiological Assoc.**

| | | |
|---|---|---|
| 4.2 5 | **Sierra Receivables Mgm** | $28.00 |

Nonpriority Creditor's Name
**Po Box 494070**
**Redding, CA 96049**
Number Street City State Zip Code

Last 4 digits of account number   3310

When was the debt incurred?   **Opened  5/01/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Collection Attorney Cheryl Serr  Md**

| | | |
|---|---|---|
| 4.2 6 | **Sprint** | $904.15 |

Nonpriority Creditor's Name
**PO Box 219554**
**Kansas City, MO 64121-9554**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

| 4.27 | **Transworld Systems, Inc.** | | |
|---|---|---|---|

**Transworld Systems, Inc.**
Nonpriority Creditor's Name
PO Box 15520
Wilmington, DE 19850-5000
Number Street City State Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2558    **$761.98**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.28 | **Transworld Systems, Inc.** | | |
|---|---|---|---|

**Transworld Systems, Inc.**
Nonpriority Creditor's Name
PO Box 15520
Wilmington, DE 19850-5000
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    6144    **$103.43**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical**

---

| 4.29 | **Wells Fargo** | | |
|---|---|---|---|

**Wells Fargo**
Nonpriority Creditor's Name

Po Box 14517
Des Moines, IA 50306
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    3196    **$2,007.52**

When was the debt incurred?    **Opened  8/01/14  Last Active 4/21/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sierra Receivables Management, Inc. | Line 4.20 of (Check one): |
| 2500 Goodwater | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Redding, CA 96002 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| United States Attorney | Line 2.1 of (Check one): |
| For Internal Revenue Service | ☑ Part 1: Creditors with Priority Unsecured Claims |
| 501 "I" Street, Ste 10-100 | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Sacramento, CA 95814 | |
| | Last 4 digits of account number     3410 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| United States Attorney | Line 4.10 of (Check one): |
| For Internal Revenue Service | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 501 "I" Street, Ste 10-100 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Sacramento, CA 95814 | |
| | Last 4 digits of account number     3410 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| United States Department of Justice | Line 2.1 of (Check one): |
| Civil Trial Section, Western Region | ☑ Part 1: Creditors with Priority Unsecured Claims |
| Box 683, Ben Franklin Station | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Washington, DC 20044 | |
| | Last 4 digits of account number     3410 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| United States Department of Justice | Line 4.10 of (Check one): |
| Civil Trial Section, Western Region | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Box 683, Ben Franklin Station | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Washington, DC 20044 | |
| | Last 4 digits of account number     3410 |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 3,436.76 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 3,436.76 |
| | | | | Total Claim |
| | 6f. | Student loans | 6f. $ | 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 105,901.68 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 105,901.68 |

Debtor 1    **John Joseph Butler, III**
First Name          Middle Name          Last Name

Debtor 2    **Sandra Elaine Butler**
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
     ☐ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
     ■ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Sprint<br>PO Box 541023<br>Los Angeles, CA 90054 | Cell phone contract - 2 years starting on 2/16/16 |

| | |
|---|---|
| Debtor 1 | **John Joseph Butler, III** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Sandra Elaine Butler** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No, Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1
   Name

   ☐ Schedule D, line
   ☐ Schedule E/F, line
   ☐ Schedule G, line

   Number    Street
   City     State     ZIP Code

3.2
   Name

   ☐ Schedule D, line
   ☐ Schedule E/F, line
   ☐ Schedule G, line

   Number    Street
   City     State     ZIP Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **John Joseph Butler, III** |
| Debtor 2 (Spouse, if filing) | **Sandra Elaine Butler** |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Customer Service | Preschool Site Director |
| Employer's name | | Baker Road Mini Storage | Shasta County YMCA |
| Employer's address | | 20825 Stoll Rd.<br>Red Bluff, CA 96080 | 1155 N. Court St.<br>Redding, CA 96001 |
| How long employed there? | | 3 months | 4.5 years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 577.50 | $ 2,070.83 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 577.50 | $ 2,070.83 |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 577.50 | $ 2,070.83 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 49.36 | $ 136.42 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | 5e. | $ 0.00 | $ 402.10 |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify:   Annual Campaign | 5h.+ | $ 0.00  + | $ 5.00 |
| | Dental Insurance | | $ 0.00 | $ 53.36 |
| | Vision Insurance | | $ 0.00 | $ 5.98 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 49.36 | $ 602.86 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | 528.14 | 1,467.97 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 858.51 | $ 0.00 |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| | 8f. Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify:   Rental Income | 8h.+ | $ 1,500.00  + | $ 0.00 |
| | Trust | | $ 35.00 | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,393.51 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,921.65  + $ | 1,467.97  = $   4,389.62 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                           11. +$          0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies
                                                                                                  12. $     4,389.62

                                                                                                  Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
   ■ No.
   ☐ Yes. Explain:

**Butler Does IT**
19649 Indian Creek Dr.
Cottonwood, Calif. 96022
Income Statement
Income Statement ending May 31, 2016

| | | 15-Nov | | 15-Dec | | 16-Jan | | 16-Feb | |
|---|---|---|---|---|---|---|---|---|---|
| Revenue: | | | | | | | | | |
| | Smart hands service revenue | $1,216.73 | | $0.00 | | $431.00 | | $1,853.25 | |
| | Total revenue | $1,216.73 | | $0.00 | | $431.00 | | $1,853.25 | |
| | | | | | | | | | |
| Expenses: | | | | | | | | | |
| | Advertising | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | Office Supplies | $14.85 | | $9.05 | | $23.10 | | $7.53 | | $14.36 |
| | Tools and Equipment | $15.33 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | Travel | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| | Meals | $0.00 | $30.18 | $0.00 | $9.05 | $0.00 | $23.10 | $14.50 | $22.03 | $0.00 |
| Income before taxes: | | | $1,186.55 | | -$9.05 | | $407.90 | | $1,831.22 |

John J Butler III          Date

| 16-Mar | | 16-Apr | | 16-May | | Jun16 | | | |
|---|---|---|---|---|---|---|---|---|---|
| $933.85 | | $1,294.20 | | $722.53 | | | | | |
| $933.85 | | $1,294.20 | | $722.53 | | | | | |
| | | | | | | | | | |
| | | | | $0.00 | | | | | |
| $0.00 | | $13.10 | | | | | | | |
| | $0.00 | | $0.00 | | | | | | |
| | $0.00 | | $0.00 | | | | | | |
| $14.36 | $2.14 | $2.14 | $0.00 | $13.10 | | | | | |
| $919.49 | | $1,292.06 | | $709.43 | | | $6,337.60 | $905.37 | $10,864.46 |

Debtor 1    **John Joseph Butler, III**

Debtor 2    **Sandra Elaine Butler**
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. Does Debtor 2 live in a separate household?

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..........

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $    0.00

    If not included in line 4:

    4a.  Real estate taxes    4a.  $    0.00
    4b.  Property, homeowner's, or renter's insurance    4b.  $    0.00
    4c.  Home maintenance, repair, and upkeep expenses    4c.  $    0.00
    4d.  Homeowner's association or condominium dues    4d.  $    75.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $    0.00

| 6. | Utilities: | | | |
|---|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. | $ | 97.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 30.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 80.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | Food and housekeeping supplies | 7. | $ | 400.00 |
| 8. | Childcare and children's education costs | 8. | $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ | 20.00 |
| 10. | Personal care products and services | 10. | $ | 20.00 |
| 11. | Medical and dental expenses | 11. | $ | 40.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 125.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ | 0.00 |
| 14. | Charitable contributions and religious donations | 14. | $ | 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 143.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | Installment or lease payments: | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. | $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. | $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | Other: Specify: | 21. | +$ | 0.00 |
| 22. | Calculate your monthly expenses | | | |
| | 22a. Add lines 4 through 21. | | $ | 1,030.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 1,030.00 |
| 23. | Calculate your monthly net income. | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 4,389.62 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 1,030.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 3,359.62 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.     Explain here:

| Debtor 1 | John Joseph Butler, III | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sandra Elaine Butler | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
   amended filing

---

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    *Attach Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature (Official Form 119)*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ John Joseph Butler, III**                     X  **/s/ Sandra Elaine Butler**
   **John Joseph Butler, III**                             **Sandra Elaine Butler**
   Signature of Debtor 1                                  Signature of Debtor 2

   Date  **June 16, 2016**                                 Date  **June 16, 2016**

---

**Fill in this information to identify your case:**

| Debtor 1 | John Joseph Butler, III | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sandra Elaine Butler | | |
| (Spouse if. filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

    ■ Married
    ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 22603 Edgewater Dr. Cottonwood, CA 96022 | From-To: 6/1/2006 to 7/1/2012 | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2** Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $1,596.00 | ■ Wages, commissions, bonuses, tips | $10,230.50 |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|  | ☐ Wages, commissions, bonuses, tips | $5,234.83 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ■ Operating a business | | ☐ Operating a business | |
| For last calendar year:<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | $2,411.00 | ■ Wages, commissions, bonuses, tips | $21,185.00 |
|  | ■ Operating a business | | ☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $8,246.00 | ■ Wages, commissions, bonuses, tips | $19,293.00 |
|  | ■ Operating a business | | ☐ Operating a business | |

5.  Did you receive any other income during this year or the two previous calendar years?
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?
☐ No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    |---|---|---|---|---|

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    |---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property | Date | Value of the property |
    |---|---|---|---|
    | | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

    ■ No
    ☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Nikki Farris<br>45 Jan Ct. #175<br>Chico, CA 95928<br>Lee Harbaugh | Attorney's Fees - $2,610; Filing Fee - $310.00; Due Diligence - $80.00 | 5/13/16 | $3,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19.  Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

  ☑ No
  ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

### Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
     Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

  ☑ No
  ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21.  Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

  ☑ No
  ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22.  Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

  ☑ No
  ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

### Part 9:   Identify Property You Hold or Control for Someone Else

23.  Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

  ☑ No
  ☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
| --- | --- | --- | --- |

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you<br>know it | Date of notice |
| --- | --- | --- | --- |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |
| Butler Does It<br>19649 Indian Creek Dr.<br>Cottonwood, CA 96022 | Electrical Low Voltage Network<br><br>Debtor | EIN:    3410<br><br>From-To   2/1/12 to present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
| --- | --- |

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John Joseph Butler, III                                  /s/ Sandra Elaine Butler
John Joseph Butler, III                                       Sandra Elaine Butler
Signature of Debtor 1                                         Signature of Debtor 2

Date    June 16, 2016                                         Date    June 16, 2016

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor 1    John Joseph Butler, III

Debtor 2    Sandra Elaine Butler
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of California

Case number
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:  Calculate Your Average Monthly Income

1. What is your marital and filing status? Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ■ Married. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | | $ 266.00 | $ 2,070.83 |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ 0.00 |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $ 0.00 | $ 0.00 |
| 5. | Net income from operating a business, profession, or farm | Debtor 1 | | |
| | Gross receipts (before all deductions) | $ 872.47 | | |
| | Ordinary and necessary operating expenses | -$ 13.96 | | |
| | Net monthly income from a business, profession, or farm | $ 858.51 | Copy here -> $ 858.51 | $ 0.00 |
| 6. | Net income from rental and other real property | Debtor 1 | | |
| | Gross receipts (before all deductions) | $ 250.00 | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | | |
| | Net monthly income from rental or other real property | $ 250.00 | Copy here -> $ 250.00 | $ 0.00 |

|  | | Column A<br>Debtor 1 | | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| 7. Interest, dividends, and royalties | | $ | 0.00 | $ | 0.00 |
| 8. Unemployment compensation | | $ | 0.00 | $ | 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
|---|---|---|
| For your spouse | $ | 0.00 |

|  | | Column A | | Column B |
|---|---|---|---|---|
| 9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. | | $ | 0.00 | $ | 0.00 |

10. Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

|  | | Column A | | Column B |
|---|---|---|---|---|
| Trust | | $ | 35.00 | $ | 0.00 |
| | | $ | 0.00 | $ | 0.00 |
| Total amounts from separate pages, if any. | + | $ | 0.00 | $ | 0.00 |

| 11. Calculate your total average monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ | 1,409.51 | + $ | 2,070.83 | = $ | 3,480.34 |
|---|---|---|---|---|---|---|

Total average monthly income

## Part 2:  Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11.                                                     $  3,480.34

13. **Calculate the marital adjustment.** Check one:

☐  You are not married. Fill in 0 below.

■  You are married and your spouse is filing with you. Fill in 0 below.

☐  You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

|  | $ |  |
|---|---|---|
|  | $ |  |
|  | + $ |  |
| Total | $ | 0.00 | Copy here=> | - | 0.00 |

| 14. **Your current monthly income.** Subtract line 13 from line 12. | $ | 3,480.34 |
|---|---|---|

15. **Calculate your current monthly income for the year.** Follow these steps:

| 15a. Copy line 14 here=> | $ | 3,480.34 |
|---|---|---|
| Multiply line 15a by 12 (the number of months in a year). | x | 12 |
| 15b. The result is your current monthly income for the year for this part of the form. ......................................... | $ | 41,764.08 |

16. **Calculate the median family income that applies to you.** Follow these steps:

   16a. Fill in the state in which you live.           **CA**

   16b. Fill in the number of people in your household.      **3**

   16c. Fill in the median family income for your state and size of household.          $   **70,816.00**
      To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

   17a.  ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

   17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out** *Calculation of Your Disposable Income* (Official Form 122C-2). On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
| --- | --- |

18. **Copy your total average monthly income from line 11 .**           $   **3,480.34**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

   19a. If the marital adjustment does not apply, fill in 0 on line 19a.        -$   **0.00**

   19b. **Subtract line 19a from line 18.**        $   **3,480.34**

20. **Calculate your current monthly income for the year.** Follow these steps:

   20a. Copy line 19b        $   **3,480.34**

      Multiply by 12 (the number of months in a year).        **x 12**

   20b. The result is your current monthly income for the year for this part of the form      $   **41,764.08**

   20c. Copy the median family income for your state and size of household from line 16c      $   **70,816.00**

21. **How do the lines compare?**

    ■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ John Joseph Butler, III**          X **/s/ Sandra Elaine Butler**
  **John Joseph Butler, III**              **Sandra Elaine Butler**
  Signature of Debtor 1                 Signature of Debtor 2

  Date **June 16, 2016**                Date **June 16, 2016**
      MM / DD / YYYY                   MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 12/01/2015 to 05/31/2016.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **M-D Investments/Baker Mini Storage**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2015 | $0.00 |
| 5 Months Ago: | 01/2016 | $0.00 |
| 4 Months Ago: | 02/2016 | $0.00 |
| 3 Months Ago: | 03/2016 | $550.00 |
| 2 Months Ago: | 04/2016 | $468.50 |
| Last Month: | 05/2016 | $577.50 |
| Average per month: | | $266.00 |

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Butler Does It**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 12/2015 | $0.00 | $9.05 | $-9.05 |
| 5 Months Ago: | 01/2016 | $431.00 | $23.10 | $407.90 |
| 4 Months Ago: | 02/2016 | $1,853.25 | $22.03 | $1,831.22 |
| 3 Months Ago: | 03/2016 | $933.85 | $14.36 | $919.49 |
| 2 Months Ago: | 04/2016 | $1,294.20 | $2.14 | $1,292.06 |
| Last Month: | 05/2016 | $722.53 | $13.10 | $709.43 |
| Average per month: | | $872.47 | $13.96 | |
| Average Monthly NET Income: | | | | $858.51 |

**Line 6 - Rent and other real property income**
Source of Income: **Rental Income**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 12/2015 | $0.00 | $0.00 | $0.00 |
| 5 Months Ago: | 01/2016 | $0.00 | $0.00 | $0.00 |
| 4 Months Ago: | 02/2016 | $0.00 | $0.00 | $0.00 |
| 3 Months Ago: | 03/2016 | $0.00 | $0.00 | $0.00 |
| 2 Months Ago: | 04/2016 | $0.00 | $0.00 | $0.00 |
| Last Month: | 05/2016 | $1,500.00 | $0.00 | $1,500.00 |
| Average per month: | | $250.00 | $0.00 | |
| Average Monthly NET Income: | | | | $250.00 |

Line 10 - Income from all other sources
Source of Income: **Trust**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2015 | $35.00 |
| 5 Months Ago: | 01/2016 | $35.00 |
| 4 Months Ago: | 02/2016 | $35.00 |
| 3 Months Ago: | 03/2016 | $35.00 |
| 2 Months Ago: | 04/2016 | $35.00 |
| Last Month: | 05/2016 | $35.00 |
| | Average per month: | $35.00 |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **12/01/2015 to 05/31/2016**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Shasta County YMCA**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 12/2015 | $2,194.50 |
| 5 Months Ago: | 01/2016 | $2,002.00 |
| 4 Months Ago: | 02/2016 | $2,089.50 |
| 3 Months Ago: | 03/2016 | $2,082.50 |
| 2 Months Ago: | 04/2016 | $2,047.50 |
| Last Month: | 05/2016 | $2,009.00 |
| | Average per month: | $2,070.83 |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Eastern District of California

In re  John Joseph Butler, III
    Sandra Elaine Butler

                              Debtor(s)

Case No.
Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 6,000.00 |
    | Prior to the filing of this statement I have received | $ | 2,610.00 |
    | Balance Due | $ | 3,390.00 |

2. $ __310.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor     □ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor     □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 16, 2016
*Date*

/s/ Nikki Farris
**Nikki Farris**
*Signature of Attorney*
**Law Office of Nikki Farris**
**45 Jan Ct. #175**
**Chico, CA 95928**
**530-898-1488  Fax: 530-898-1490**
**nikki@nfarrislaw.com**
*Name of law firm*

AMCA/Amer Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523

American Medical Collections Agency
PO Box 1235
Elmsford, NY 10523-0935

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

CA Emer Phys Med
PO Box 582663
Modesto, CA 95358

Capital One
Po Box 30285
Salt Lake City, UT 84130

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130

Envision Health Care
American Medical Response
50 South Main St., Suite 401
Akron, OH 44308-1829

First American Title Insurance Company
6 Campus Cir.
Bldg 6, 1st Floor
Westlake, TX 76262

Gate Stone Collections
455 N 3rd. St., Ste. 260
Phoenix, AZ 85004

Grant & Weber
PO Box 8669
Calabasas, CA 91372-8669

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lassen Medical Group
2450 SR Mary Columba Drive
Red Bluff, CA 96080-4356

Lassen Medical Group, Inc.
PO Box 15334
Belfast, ME 04915

Lassen Medical Group, Inc.
2450 Sister Mary Columba Drive
Red Bluff, CA 96080

Medical Doctors Imaging, Inc.
PO Box 492080
Redding, CA 96049-2080

Mercy Medical Center/Dignity Health
PO Box 743384
Los Angeles, CA 90074-3384

Mike Hutton CPA
2227 Myers St., Suite A
Oroville, CA 95966

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Regional Radiological Asc
PO Box 492080
Redding, CA 96001

Seterus Inc
14523 Sw Millikan Way St
Beavertton, OR 97005

Sierra Receivables Management, Inc.
2500 Goodwater
Redding, CA 96002

Sierra Receivables Mgm
Po Box 494070
Redding, CA 96049

Sprint
PO Box 219554
Kansas City, MO 64121-9554

Tehama County Tax Collector
PO Box 796
Red Bluff, CA 96080

Transworld Systems, Inc.
PO Box 15520
Wilmington, DE 19850-5000

United States Attorney
For Internal Revenue Service
501 "I" Street, Ste 10-100
Sacramento, CA 95814

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

Wells Fargo
Po Box 14517
Des Moines, IA 50306

Wells Fargo Dealer Services
Po Box 3569
Rancho Cucamonga, CA 91729

Wells Fargo Home Mtg
Written Correspondence Resolutions
Mac#X2302-04e Po Box 10335
Des Moines, IA 50306

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **John**<br>First name | **Sandra**<br>First name |
| | **Joseph**<br>Middle name | **Elaine**<br>Middle name |
| Bring your picture identification to your meeting with the trustee. | **Butler, III**<br>Last name and Suffix (Sr., Jr., II, III) | **Butler**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (iTIN)** | **xxx-xx-3410** | **xxx-xx-0788** |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business name or EINs.

**DBA  Butler Does It**
Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

19649 Indian Creek
Cottonwood, CA 96022
Number, Street, City, State & ZIP Code

**Tehama**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11.   Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

   The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

   If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

   Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

   Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

   To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

   Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

   If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

   Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

   If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**Part 6:**    Answer These Questions for Reporting Purposes

16. **What kind of debts do you have?**

16a.   Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

17. **Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

18. **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

19. **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

20. **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7:**    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John Joseph Butler, III
**John Joseph Butler, III**
Signature of Debtor 1

/s/ Sandra Elaine Butler
**Sandra Elaine Butler**
Signature of Debtor 2

Executed on   **June 16, 2016**
        MM / DD / YYYY

Executed on   **June 16, 2016**
        MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Nikki Farris                                      Date    June 16, 2016
Signature of Attorney for Debtor                          MM / DD / YYYY

**Nikki Farris**
Printed name

**Law Office of Nikki Farris**
Firm name

**45 Jan Ct. #175**
**Chico, CA 95928**
Number, Street, City, State & ZIP Code

Contact phone    **530-898-1488**              Email address    **nikki@nfarrislaw.com**

**244217**
Bar number & State



# CERTIFICATE OF COUNSELING

I CERTIFY that on June 6, 2016, at 12:05 o'clock PM PDT, John Butler received from National Financial Literacy Foundation, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 6, 2016

By: /s/Rachel Laxner

Name: Rachel Laxner

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).