UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:19-cv-00218-JAW** |
| **Plaintiff** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO SANDRA E. BUTLER** |
| vs. | **RE: VACANT REAL PROPERTY** Wyman Road, Milbridge, ME 04658 |
| **John J. Butler, III and Sandra E. Butler** | Mortgage: November 27, 2002 Book 2948, Page 210 |
| **Defendants** | |

NOW COMES the Plaintiff, Federal National Mortgage Association (hereinafter "FNMA"), pursuant to Fed. R. Civ. P. 55(a) and hereby moves for Default, following service, as to Defendant, Sandra E. Butler, since said Defendant has neither answered nor otherwise appeared in this matter. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on May 14, 2019.

2. Plaintiff filed an Amended Complaint on August 7, 2020.

3. The Defendant, Sandra E. Butler, was served via her roommate, who refused to provide his name, with the subject amended complaint at 5990 Dandridge Lane, Unite 169, San Diego, CA 92215, on August 18, 2020.

4. Proof of Service for Defendant, Sandra E. Butler was filed on October 2, 2020.

5. The said Defendant is not in the military.

6. Plaintiff has brought this action to address one count of Foreclosure and Sale, entitling it to relief.

7. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed. R. Civ. P. Rule 55(a) is proper against Defendant, Sandra E. Butler.

8. In addition, Plaintiff states that upon information and belief, and according to information

and documentation provided by the client/servicer, the subject real property is 25 acres of vacant land; the borrowers are and have lived in California; a USPS postmaster request letter indicates the Defendants are not known at any address on Wyman Road, Milbridge, ME 04658; and Milbridge, ME tax collector also confirmed with the undersigned attorney for Plaintiff that the subject parcel is 25 acres of land that has no building or structure on it.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as to Defendant, Sandra E. Butler.

DATED: November 12, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 12th day of November, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Sandra E. Butler
5990 Dandridge Lane, Unit 169
San Diego, CA 92115

Sandra E. Butler
10260 Camino Ruiz, Apt. 69
San Diego, CA 92126-3482

Sandra E. Butler
72 Wyman Road
Milbridge, ME 04658

John J. Butler, III
c/o Thomas A. Cox, Esq.
P.O. Box 1314
Portland, ME 04104