## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:19-cv-00218-JAW** |
| Plaintiff | RESPONSE TO COURT'S ORDER TO SHOW CAUSE [ECF NO. 63] |
| vs. | RE: <br> Wyman Road, Milbridge, ME 04658 |
| **John J. Butler, III and Sandra E. Butler** <br> Defendants | Mortgage: <br> November 27, 2002 <br> Book 2948, Page 210 <br> Affidavit of Lost Mortgage <br> Washington County Registry of Deeds |

NOW COMES the Plaintiff, Federal National Mortgage Association ("FNMA"), by and through undersigned counsel, and hereby responds to this Honorable Court's Order to Show Cause, dated September 12, 2022, and states that the Plaintiff has attempted service upon the Defendant, Sandra E. Butler, in California, where she was previously served, via process server. The process server has made a number of attempts to date, but to date has been unsuccessful. Plaintiff has attempted contact with the Defendant, Sandra E. Butler, via telephone, to no avail. As grounds therefore, Plaintiff states it believes the Defendant does reside at the address where she was previously served in California, and additional time for service is needed to attempt service at different dates and times in order to effectuate service upon Defendant. Plaintiff has filed a Motion to Extend Time to Complete and File Service as to Defendant, Sandra E. Butler, concurrently herewith. As such, Plaintiff respectfully requests that the Order to Show Cause dated September 19, 2022 be updated to indicate it is moot.

DATED: September 19, 2022

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 19th day of September, 2022, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

John J. Butler, III
c/o Thomas A. Cox, Esq.
(via ECF only, per request)

Sandra E. Butler
5990 Dandridge Lane, Unit 169
San Diego, CA 92115

Sandra E. Butler
10260 Camino Ruiz, Apt. 69
San Diego, CA 92126-3482