## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 1:19-cv-00218-JAW** |
| Plaintiff | **MOTION TO APPROVE CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| vs. | **RE:** **Wyman Road, Milbridge, ME 04658** |
| **John J. Butler, III and Sandra E. Butler** Defendants | **Mortgage:** **November 27, 2002** **Book 2948, Page 210** **Affidavit of Lost Mortgage** **Washington County Registry of Deeds** |

NOW COMES the Plaintiff, Federal National Mortgage Association, in this matter, by and through undersigned counsel and hereby MOVES this Court to enter an Order to approve and enter the Consent Judgment of Foreclosure and Sale, dated June 9, 2023, between the Plaintiff and Defendant, John J. Butler, III.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on May 14, 2019.

2. Plaintiff's Amended Complaint was filed on August 7, 2020.

3. Plaintiff's Second Amended Complaint was filed on November 19, 2020.

4. On May 11, 2023, Plaintiff sent a Consent Judgment of Foreclosure and Sale to the Defendant, John J. Butler, III, via email to his counsel, Thomas A. Cox, and to the Defendant, Sandra A. Butler via UPS.

5. On June 8, 2023, Attorney Cox advised the undersigned he approved the Consent Judgment of Foreclosure and consented to his electronic signature on said Consent Judgment, filed herewith as Exhibit A.

6. The Defendant, Sandra E. Butler, was served on April 3, 2023.

7. The Answer period for Defendant, Sandra E. Butler, has expired and the Defendant,

    Sandra E. Butler, has not answered or otherwise appeared in this case, has not attempted to contact the office of the undersigned regarding this matter, and as such, the office of the undersigned filed a Motion for Entry of Default as to Defendant, Sandra E. Butler on May 11, 2023.

8. This Honorable Court issued Default as to Sandra E. Butler on May 11, 2023.

9. On June 8, 2023, the undersigned filed a Motion for Default Judgment as to Defendant, Sandra E. Butler.

10. Defendant, Sandra E. Butler, has not executed the Consent Judgment of Foreclosure and Sale.

11. Defendants, John J. Butler, III and Sandra E. Butler, are not in the military. *See* Exhibit B.

WHEREFORE, in the interests of judicial economy, Plaintiff, Federal National Mortgage Association, requests that this Court approve and enter the Consent Judgment of Foreclosure and Sale, dated June 9, 2023, which is now being submitted to this Court at Ex. A, and if necessary, proceed with a damages hearing against the remaining, defaulted Defendant, Sandra E. Butler.

Respectfully submitted this 12th day of June 2023.

                                                  /s/ Reneau J. Longoria, Esq.
                                                  Reneau J. Longoria, Esq. Bar No. 005746
                                                  Attorney for Plaintiff
                                                  Doonan, Graves & Longoria, LLC
                                                  100 Cummings Center, Suite 303C
                                                  Beverly, MA 01915
                                                  (978) 921-2670
                                                  RJL@dgandl.com

**CERTIFICATE OF SERVICE**

    I, Reneau J. Longoria, Esq., hereby certify that on this 12th day of June 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746

John J. Butler, III
c/o Thomas A. Cox, Esq.
P.O. Box 1083
Yarmouth, Maine 04096

Sandra E. Butler
907 S Belgrade Road
Silver Spring, MD 20902